

# NER Data Corporation
## *(Managed Print Services Division)*
### Confidential Business Review



**Everingham & Kerr, Inc.** 

*1300 Route 73, Suite 103*
*Mt. Laurel, NJ 08054*
*Tel. (856) 546-6655*
*Fax (856) 546-2806*
*www.everkerr.com*



EXHIBIT 47

## Table of Contents

I.   Introduction ................................................................................................ 1

II.  Confidential Business Summary ............................................................... 2

III. The Proposed Transaction ......................................................................... 3

IV.  Company Description
     Background ......................................................................................... 4
     Services ............................................................................................... 5
     Website ................................................................................................ 7
     Customers ........................................................................................... 8
     Employees ........................................................................................... 9
     Facilities ............................................................................................ 10
     Websites & Domain Names .............................................................. 11
     Future Prospects ............................................................................... 12

V.   Performance
     Highlights .......................................................................................... 13
     Balance Sheet ................................................................................... 15

Company Presentation ................................................................... Addendum

Everingham & Kerr, Inc.

NER Data Corporation

# CONFIDENTIAL BUSINESS REVIEW



# NER Data Corporation

*(Managed Print Services Division)*

NER Data Corp. *(the "Company" or "NER Data")* has engaged Everingham & Kerr, Inc. *("E&K")* as its exclusive Financial Advisor to examine strategic alternatives for its Managed Print Services Division.

This Confidential Business Review *("CBR")* has been prepared for distribution on a <u>confidential</u> basis to selected entrepreneurs and/or companies solely for the purpose of evaluating the proposed transaction. The information contained in this CBR has been furnished by the Company, or secured from other sources considered reliable. Everingham & Kerr, Inc. has no reason to doubt the accuracy or integrity of the information provided, but neither the Company, nor Everingham & Kerr, Inc. makes any representations or warranties, expressed or implied, as to the accuracy or completeness of any of the information in this report. By acceptance hereof, each recipient agrees to assume responsibility for verification of all information and figures supplied prior to consummating a purchase.

Each recipient agrees that without prior written consent of the Company, it will not copy, reproduce or use information in this CBR in whole or in part for any purpose other than for review and evaluation of the proposed transaction. The information contained herein must be kept <u>Confidential</u> and disclosed only to those advisors who need to know such information for the purpose of reviewing and evaluating the proposed transaction, and only after the advisor has agreed to comply with the terms for secrecy and confidentiality agreed to in the prior Confidentiality Agreement executed between E&K and the recipient of this CBR.

Each recipient further agrees that in the event a transaction is not consummated with the Company, all copies of this CBR and related materials will be destroyed.

 **NER Data Corporation**

## BUSINESS SUMMARY

**Industry:** Managed Print Services Company

**Location:** Mid-Atlantic Region

**Business Highlights:**

- Provides wholesale managed print services for resellers and their end user customers throughout the U.S.
- The Company has its own proprietary / intellectual property and cloud-based software widely regarded as the best in the industry.
- Over 43,000 zip codes covered by the Company's proprietary third party service network and help desk.
- Highly automated with third party integration for fulfillment and logistics.
- Over 60,000 devices are currently being managed by the Company representing over 1 Billion printed pages annually.
- The Company conservatively estimates it will generate approximate $5.5 million in revenue with approximately $900K in Gross Profit in 2015 *(It is exceeding this estimate through the first 3 months of the year)*.

## NER Data Corporation

### THE PROPOSED TRANSACTION PROCESS

Everingham & Kerr and our clients **do not** have asking prices on any represented companies. The information contained in this CBR has been provided to enable the prospective buyer to make an informed decision as to the price to be paid for the business based on the preliminary information contained in this CBR albeit without having conducted a thorough due diligence investigation. In addition to the narrative describing the business, E&K normalized the Income Statements and Balance Sheet to provide prospective buyers with specific assets and liabilities that will be included in the transaction as well as the historical and current cash flow of the business.

*If you have no further interest*: If upon review of the CBR it is decided that there is no further interest in acquiring the company, the CBR should be destroyed. Such parties are reminded that they will continue to be bound by all provisions of the Confidentiality Agreement.

*If you have further interest*: **Interested buyers are asked to advise E&K of their interest in the form of a non-binding Indication of Value. This can be provided by email or letter. The Indication of Value should include the following:**

1. A preliminary value for the proposed transaction.
2. The anticipated transaction structure that includes:
   a. Whether the price will be paid in all cash.
   b. How much of the price will be borrowed from institutions and what portion will be in the form of invested equity?
   c. Any other terms that would be material to the seller and its advisors in determining which prospective buyers it will select for further discussions.
3. A suggested time frame for closing a transaction that takes into account due diligence and legal documentation.
4. Financial documentation that validates the buyer's capability to perform as proposed.
5. Information about the buyer's company or person that describes the fit with the business.

*Letter of Intent*: Potential acquirers submitting Indications of Value within an acceptable range will be invited to meet the management team and tour the company's facilities. If after meeting with the seller there is still interest in consummating a transaction a non-binding Letter of Intent will be requested for negotiation of the salient business terms of the transaction. In addition to price, the seller will consider other factors when selecting the buyer including terms, timing, tax structure and the buyer's ability to obtain the funds required for closing.

*Due Diligence, Purchase Agreement, Closing*: After the Letter of Intent is signed, the buyer will be given the opportunity, together with its legal, financial and other advisors, to conduct further due diligence with respect to the seller, its business and prospects. Concurrent with due diligence review, it is expected that the parties and their counsel will negotiate the Purchase Agreement and proceed to a Closing.

*Contact Information*: **Under no circumstances should any employees, vendors, customers or shareholders of the Company be contacted without prior approval of Everingham & Kerr.**

Please contact the following E&K professionals at (856) 546-6655 or via email:

| Joseph A. Vanore, Jr. | Daniel R. Everingham | Mandish S. Channa |
|---|---|---|
| jav@everkerr.com | dre@everkerr.com | msc@everkerr.com |
| Ext. 114 | Ext. 115 | Ext. 116 |

3


Everingham & Kerr, Inc.

# NER Data Corporation

## COMPANY DESCRIPTION

**BACKGROUND**

NER Data provides wholesale managed print services for customers throughout the U.S.

The Company was originally established in 1971 manufacturing wide ribbons, high speed toner and tape storage. In 1988, it acquired Frye Computer Supplies and expanded its Narrow Ribbon supplies business. By the 1990's, NER Data had quickly became among the top five aftermarket supplies manufacturers in the world. In 2001, it made another acquisition of Advanced Supplies and started its printer part distribution business; Image1. In 2009, the Company shifted its efforts to focus primarily on managed print services and data center infrastructure business with the sale of its Supplies and Parts business to Clover Technologies. In June, 2014 NER sold 75% of its Data Center business to Performance Tuning Corporation and rebranded DCIM Solutions.

NER Data is a Delaware C-Corp *(although it started in 1971, the NER Data Corporation was actually incorporated in late 2009).*

The Company is owned by NER Holdings *(72.5%)* and United Stationers *(27.5%)*. NER Holdings is a Delaware corporation owned 85% by Bud Oatway,

In 2014, NER Data MPS generated approximate $6 million in revenue with over $700K in Gross Profit. The Company conservatively estimates it will generate approximate $5.5 million in revenue with approximately $900K in Gross Profit in 2015 *(NER is exceeding this estimate through the first 3 months of the year).*

**Mr. Oatway is seeking to sell the business to a qualified acquisition candidate in order to retire. Following a transaction, he would be willing to remain with the Company for a mutually agreeable transition period depending on the needs of the acquirer.**

## NER Data Corporation

**Managed Print Services:** NER Data provides a wide array of end-to-end managed print services that range from supplies fulfillment to fully integrated /automated lights out systems. The Company uses its own Proprietary Software Platform: *Print4 Managed Print Services*. The Company provides fully integrated applications that allow the reseller to utilize one platform end-to-end. The platform also allows NER Data to directly interact with service delivery partners as the wholesaler, which helps control the quality of the application, support, and execution. Print4 helps reduce printing costs and increase printer efficiency.

NER Data provides managed print services and data center infrastructure optimization solutions that seamlessly integrate with any business model. These services include:

*Supplies and Services Management:* Customers are provided:

- Single source for all printer related supplies, parts, service, hardware, and software.
- Over two dozen tailored programs to address customer requirements.
- Automated alerts and fulfillment -- all supplies, parts, and service delivered onsite.
- Automated asset detection and deliverables management.
- Nationwide next business day onsite service by certified, insured technicians.
- Same-day service available in most metropolitan areas.
- Data collection, management, and reporting available through highly-secure, powerful, yet easy-to-use applications.
- Multiple user roles, access and system visibility.
- Robust analytics that includes a complete view of print network by device, usage, consumables, service, and more.
- Real-time access to device moves, adds, and changes.
- Full visibility to tracking and trending of assets.
- Meter collection and verification.

*Triage, Dispatch and Outsourced Level 1 Help Desk:* The Company's Level 1 and Level 2 help desks are staffed with certified printer technicians *(approximately 10% of the service requests are taken care of remotely)*.

All technicians are continuously trained, reviewed, and rated based on customer feedback which helps ensure customers receive top quality service.

*Automated Toner Management System (ATMS):* The ATMS allows customers to have their supply needs automatically fulfilled. ATMS's algorithm intelligently receives and manages device supply level alerts and toner alerts. The system automatically generates toner supply orders for deliver prior to them running out.





## NER Data Corporation

The ATMS analyzes all variables including:

- Machine type
- Meter capture
- Communication structure
- Paper size
- Duplexing
- Coverage/fulfillment settings
- Color and monochrome output

***Break/Fix Service and Maintenance Agreements:*** The Company has a nationwide network of certified technicians that provide:

- Help desk telephone support.
- Parts & labor delivered onsite.
- Access to the Print4 Online Portal service, status visibility, device histories, asset management, and device reporting.

Average response time is as quick as 1 business day and available to all 43,000+ U.S. zip codes. Same day service is available within 30 miles to the top 50 U.S. cities.

***Life-cycle Services (Assessments, Installations, Decommissioning):*** The Company provides an on-site assessment is that thoroughly examines each device for complete specifications, working condition, features, environment, location, accessibility, and network capability. The assessment also helps to identify problems such as non-networked and rogue devices, outdated or broken equipment, inaccessible locations, and decommissioned devices. As devices become obsolete or are no longer needed, the Company's technicians will assist  to uninstall and remove these devices. Decommissioned devices can be repackaged, stored, and shipped for recycling or traded in to lower the cost of a newer device. Installations provided by the Company are customized based on each client's specific needs to ensure the process is done in the most optimal manner. The Company ensures that day-to-day operations continue to run smoothly as the services are being performed.

The Company currently manages over 60,000 devices in over 6.300 locations nationwide.

Within the managed print services NER Data offers 3 programs:

- ***Cost Per Page Program***: This includes some or all of the components of a page provided to a reseller in a cost per page. Also deals with page costs, toner, parts, labor, and equipment.
- ***Maintenance Contracts***: Contracted service is provided for an annual fixed fee.
- ***Break Fix Service***: Services are provided on a per ticket basis.

**Trade Association:** NER Data is an active member of the Managed Print Services Association *(MPSA)* whose purpose is to address and optimize businesses' office document management while enhancing the growth, efficiency, and profitability of the MPS segment through advocacy, marketing, education, research, standards and a general community of interest.

**Sales and Marketing:** The primary strategy the Company uses is to sell through its existing strategic partners. The Company also employs full-time business development reps that cover the North East and Mid-Atlantic markets. NER Data has had limited development of the reseller channel, which could be an excellent opportunity for growth.

6

Everingham & Kerr, Inc. 

## NER Data Corporation

NER Data has an informative, interactive website which allows customers to view its services and other important information online at *(www.nerdata.com)*:



Customers, dealers and administrators access the MPS portal via Print4online.com. All MPS transactions and interactions are documented and visible depending on user rights.



7                                                Everingham & Kerr, Inc.