Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO
----------------------------------------
IT PORTFOLIO, INC., a Colorado

Corporation,

                         Plaintiff,

               -vs-

NER DATA CORPORATION, a Delaware
Corporation; NER DATA PRODUCTS,
INC., a New Jersey Corporation;
STEPHEN F. OATWAY, an Individual;
and ATLANTIC TECHNOLOGY.
INTEGRATORS, LLC, a Delaware.
Limited Liability Corporation,
                         Defendants,

Civil Action No.: 15-cv-00179-WYD-STV
----------------------------------------

                    April 5, 2017
                    9:41 a.m.


     Deposition of WILLIAM E. McLAUGHLIN, taken by

Plaintiff, pursuant to Notice, held at the

offices of Kantrowitz, Goldhamer & Graifman P.C,

747 Chestnut Ridge Road, Chestnut Ridge, New York,

before Bridget Lombardozzi, a Certified Court

Reporter, and Notary Public within and for the

State of New York.



PRECISION REPORTING SERVICE          908-642-4299

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1

2    A P P E A R A N C E S :

3

4        PODOLL & PODOLL, P.C.

5            Attorneys for Plaintiff

6            5619 DTC Parkway, Suite 1100

7            Greenwood Village, Colorado   80111

8            303.861.4000 (Telephone)

9            303.861.4004 (Fax)

10           dustin@podoll.net

11       By:   DUSTIN J. PRIEBE, ESQ.

12

13

14       MORISI & OATWAY, P.C.

15           Attorneys for NER and Stephen Oatway Defendants

16           730 Hancock Street

17           Quincy, Massachusetts   02170-2723

18           617.479.0400 (Telephone)

19           617.270.9070 (Cell)

20           aco@morisi.com

21       By:   ANDREW C. OATWAY, ESQ.

22

23

24

25

```
                                                              Page 3

 1     A P P E A R A N C E S  (Continued)

 2

 3          KANTROWITZ, GOLDHAMER & GRAIFMAN P.C.

 4             Attorneys for Atlantic Defendant

 5             747 Chestnut Ridge Road

 6             Chestnut Ridge, New York  10977

 7             845.356.2570 (Telephone)

 8             845.356.4335 (Fax)

 9             bkantrowitz@kgglaw.com

10          By:   BARRY S. KANTROWITZ, ESQ.

11

12

13     A L S O   P R E S E N T :

14

15          STEPHEN F. OATWAY

16          LARRY MOSKOWITZ, Videographer

17

18

19

20

21

22

23

24

25
```

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Page 72

1    Q.    Okay.

2    A.    I'm not a hundred percent sure, but

3    sounds right.

4    Q.    Okay.  Okay.  When -- and when you --

5    when you had that meeting with Steve Oatway in the

6    late summer of 2015, did -- did you -- were you

7    aware that -- that NER was seeking to -- to sell

8    their managed print business?

9    A.    So that's a good question.  There is

10   a -- there is a point in time where we had

11   received a -- an e-mail through a -- a

12   subscription of a PC firm or a P & E firm that

13   sent us a description of a company that was

14   looking to sell.  And, I mean, it was obvious that

15   it was -- it was NER.

16   Q.    Okay.  So Everingham & Kerr, does that

17   sound correct?

18   A.    That -- that's the firm.  Without a

19   doubt, yeah.

20   Q.    So you received an e-mail from

21   Everingham & Kerr that said that a certain company

22   was looking to -- to sell, right?

23   A.    Yeah.  I mean, it had -- it had the --

24   it was NER.  It was -- there was no doubt in my

25   mind.

You created this PDF from an application that is not licensed to print to novaPDF printer (..tp://www.novapdf.com)

Page 75

1       Q.    Okay.  Did you -- did you tell Steve

2  Oatway that you were not happy about that?

3       A.    I believe so.

4       Q.    Okay.  And what -- what did he say in

5  response?

6       A.    I don't recall the response or the exact

7  conversation.

8       Q.    Okay.

9       A.    But then when Office Max sold, that

10  was -- that was the beginning of the final end.

11      Q.    Okay.  Okay.  And -- and that concerned

12  you because you needed the Print4 software,

13  correct?

14      A.    Yeah.

15      Q.    Okay.

16      A.    Well, yes and no.

17      Q.    Okay.

18      A.    We had another program that was running

19  alongside it through the FM Audit, which was

20  cheaper; hence, the reason why, again, we had

21  renegotiated the licensing agreement because Russ,

22  the CFO, had said here's our cost on this and

23  here's our cost on that, and there was a fairly

24  sizeable delta.

25            Now, I had argued that there was a

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1  certain amount of value above and beyond just

2  the -- the cost, one over the other.  But -- but

3  at that point in time when it became very

4  concerning, the -- the value had quickly gone

5  away.

6       Q.   Okay.  So -- and you or Atlantic had

7  always been using the -- the FM Audit on-site

8  tool, correct?

9       A.   Well, it's FM Audit.  It's just a -- a

10 package, so --

11      Q.   The package.

12      A.   Yeah.  So part -- part -- part of it is

13 the on-site tool, part of it is the -- the

14 back-end tool.

15      Q.   Okay.  And Atlantic had also been using

16 the Print4 Online tool, correct?

17      A.   Yeah.  We also were using Lights Out.

18      Q.   Okay.  And what's Lights Out?

19      A.   Lights Out is the -- the portion in

20 which provides the -- the moves, adds, changes,

21 majority of where the data is held.

22      Q.   Okay.

23      A.   Where you create action on the service

24 and supply delivery.

25      Q.   That's also a -- a Print4 product,

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Page 77

1    correct?

2         A.    Yes, it is.

3         Q.    Okay.  Okay.  So -- so then following

4    all this, you had a meeting with -- with Steve

5    Oatway in the -- the late summer of 2015, is that

6    correct?

7         A.    I believe so.

8         Q.    Okay.  And who -- who was at that

9    meeting?

10        A.    Myself, Steve, and Russ Klein.

11        Q.    Okay.  And I think did -- did you -- did

12   you tell Steve Oatway in advance of that meeting

13   that -- that you were -- or that Atlantic was

14   interested in -- in potentially buying the -- the

15   NER business?

16        A.    No.  I don't believe so.

17        Q.    Okay.  Okay.  So what -- what was

18   discussed at the meeting?

19        A.    That we had a tremendous amount of

20   concern and I didn't believe that his business was

21   sustainable and that I needed to potentially start

22   to make plans to move all of the NER business over

23   to our other platform.

24        Q.    Okay.  So you -- you told him that,

25   look, at this point, we don't think the NER

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Page 78

1   business is sustainable, so we need to start

2   moving to someone else, is that correct?

3        A.   Yeah.   We got to -- we got to do

4   something here.

5        Q.   Okay.   And what happened then after --

6   after that, after you told that to Mr. Oatway?

7        A.   Then there was discussions about us

8   potentially making an asset purchase of the

9   software so we had the ability to move the

10  customers at our own convenience and not have to

11  do a fire drill and/or potentially wake up one day

12  and find that the -- the software wasn't working

13  for various reasons.

14       Q.   Okay.   All right.   And who -- who

15  brought up the idea of -- of purchasing the NER

16  business?

17            MR. KANTROWITZ:   Object to the

18        form.   It's not what he said.

19       Q.   Oh, go ahead.   I'm sorry.   I -- I

20  don't -- I don't want to misstate what you said.

21       A.   Right.   So I believe I did, and it

22  wasn't the NER business.   It was the software.

23       Q.   The software, the Print4 software?

24       A.   An asset purchase of the software, yes.

25       Q.   Okay.   And you were the one who brought

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)