```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
       CIVIL ACTION NO. 15-cv-00179-WYD-NYW
 3     _____

 4     IT PORTFOLIO, INC., a Colorado Corporation,

 5              Plaintiff

 6     v.

 7     NER DATA CORPORATION, a Delaware Corporation
       NER DATA PRODUCTS, INC., a New Jersey Corporation
 8     STEPHEN F. OATWAY, an Individual, and
       ATLANTIC TECHNOLOGY INTEGRATORS, LLC,
 9     a Delaware Limited Liability Corporation,

10              Defendants.

11     _____

12                 RULE 30(b)(6) DEPOSITION OF
                        IT PORTFOLIO, INC.,
13                APPEARING MARK THOMAS LESSNER
                      Friday, March 31, 2017
14                       Denver, Colorado

15                          Volume 2

16              Pursuant to Notice and the Federal
       Rules of Civil Procedure, the deposition of
17     IT Portfolio, Inc., appearing Mark Thomas
       Lessner, was taken on behalf of the Defendants at
18     2301 Blake Street, Denver, Colorado 80205, on
       March 31, 2017, at 9:10 a.m., before Lynnette
19     Copenhaver, Registered Merit Reporter, Certified
       Realtime Reporter, and Notary Public within
20     Colorado.

21

22

23

24

25     Job #25828
```

```
IT PORTFOLIO vs NER DATA                                    Job 25828
Mark Lessner 30(b)(6)                                       Page 306
```

 1   mean the Everingham --
 2        A.    Everingham & Kerr list, that's the limit
 3   of our knowledge.
 4        Q.    And that was done, as far as you know?
 5        A.    As far as I know, it was done.
 6        Q.    Okay.  Now, from your standpoint, your
 7   knowledge of the MPS business as it was in the
 8   fall of 2015, who were the potential purchasers of
 9   Print4 other than Atlantic?
10              MR. PRIEBE:  Object to the form.
11        A.    As I said, I -- I don't know who the
12   potential purchasers were.  That was not our
13   focus.
14        Q.    (BY MR. KANTROWITZ)  Do you know if there
15   was anyone in the marketplace that would have
16   purchased Print4 in the fall of 2015?
17        A.    Would have?  I don't know.  As I said,
18   that wasn't our focus.
19        Q.    Now, you indicated that back into time
20   when HP offered $20 million in a letter of intent
21   even though they never consummated the deal, that
22   that was an indication of value at the time,
23   correct?
24        A.    Correct.
25        Q.    And when Atlantic offered 250,000 or

1   collective bill for all of the work?
2              MR. PRIEBE:  All right.  Again, I'm going
3   to instruct him not to answer about the specifics
4   of any of the attorney fee bills in this case.
5              MR. OATWAY:  You're instructing him not
6   to answer?
7              MR. PRIEBE:  I do not believe that is
8   discoverable, and, yes, I do believe that involves
9   privileged matters.
10             MR. OATWAY:  Okay.
11       Q.    (BY MR. OATWAY)  I just want to go back
12  to another topic that Mr. Kantrowitz was
13  addressing with you.  He was asking you about what
14  action or steps Steve Oatway or NER should have
15  taken to try to maximize the proceeds from the
16  sale of the managed print assets.  Do you remember
17  that line of questioning?
18       A.    I do.
19       Q.    Okay.  Do you -- do you have any
20  information about what you believe Steve Oatway
21  should have done differently or NER should have
22  done differently in the sale of those assets?
23       A.    Do I have information?  No one in the
24  discovery information that we have has said Steve
25  should have done this, if that answers your

1  question.
2  Q. No. I don't know what that means. What
3  does that mean no one in the discovery has said?
4  A. Well, part of my problem is I'm not quite
5  sure what your question means.
6  Q. Okay. Do you believe that NER or Steve
7  Oatway should have done something different in
8  connection with the sale of the managed print
9  assets?
10  A. Yes.
11  Q. What?
12  A. As I said, I don't have a specific
13  answer. I don't have an answer for that question
14  right now. That's part of the whole discovery
15  process.
16  Q. When are you going to have that answer?
17  A. Well, hopefully we'll have that answer by
18  the time of trial.
19  Q. And what steps are you going to take to
20  obtain the information that will allow you to
21  answer that question?
22  A. That's why I'm dependent on my attorney
23  through discovery and through a whole host of
24  factors. I assume that will help us arrive at
25  that answer.