```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO
 2
       CIVIL ACTION NO. 15-cv-00179-WYD-NYW
 3     ─────────────────────────────────────────────────────

 4     IT PORTFOLIO, INC., a Colorado Corporation,

 5            Plaintiff

 6     v.

 7     NER DATA CORPORATION, a Delaware Corporation
       NER DATA PRODUCTS, INC., a New Jersey Corporation
 8     STEPHEN F. OATWAY, an Individual, and
       ATLANTIC TECHNOLOGY INTEGRATORS, LLC,
 9     a Delaware Limited Liability Corporation,

10            Defendants.

11     ─────────────────────────────────────────────────────

12                   RULE 30(b)(6) DEPOSITION OF
                          IT PORTFOLIO, INC.,
13                       APPEARING JACK DROSE
                         Friday, March 31, 2017
14                          Denver, Colorado

15
                 Pursuant to Notice and the Federal
16     Rules of Civil Procedure, the deposition of
       IT Portfolio, Inc., appearing Jack Drose, was
17     taken on behalf of the Defendants at 2301 Blake
       Street, Denver, Colorado 80205, on March 31,
18     2017, at 1:49 p.m., before Lynnette Copenhaver,
       Registered Merit Reporter, Certified Realtime
19     Reporter, and Notary Public within Colorado.

20

21

22

23

24

25     Job #25828
```

```
 1                    A P P E A R A N C E S

 2
     For the Plaintiff:
 3
              DUSTIN J. PRIEBE, ESQ.
 4            Podoll & Podoll, P.C.
              5619 DTC Pkwy, Suite 1100
 5            Greenwood Village, Colorado 80111
                  Phone:  303.861.4000
 6                Email:  Dustin@podoll.net

 7
     For the Defendant NER Data Corporation:
 8
              ANDREW C. OATWAY, ESQ.
 9            MORISI & OATWAY, P.C.
              730 Hancock Street
10            Quincy, Massachusetts 02170-2723
                  Phone:  617.479.0400
11                Email:  Aco@morisi.com

12
     For the Defendant Atlantic:
13
              BARRY S. KANTROWITZ, ESQ.
14            KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
              747 Chestnut Ridge Road
15            Chestnut Ridge, New York 10977
                  Phone:  201.391.7000
16                Email:  Bkantrowitz@kgglaw.com

17   Also Present:

18            JASON WEISS, ESQ.
              Managing Member
19            Atlantic Technology Integrators, LLC

20            Mark Thomas Lessner

21

22

23

24

25
```

IT PORTFOLIO vs NER DATA  Job 25828
Jack Drose 30(b)(6)  Page 6

1   ITP's payment demands to Atlantic.  Those are the
2   last two.  Okay?
3        A.    Okay.
4        Q.    With respect to the value of the market
5   for Print4 software platform and derivative
6   products that were transferred to Atlantic in
7   October of 2015, what information do you possess
8   regarding what the value of that software was?
9        A.    I have the exact same information that
10  Mr. Lessner has because all of my information on
11  the subject flowed back to me through him.
12       Q.    Okay.  So is it fair to say you don't
13  have any independent knowledge of what the fair
14  market value of the assets that were sold by NER
15  to ATI were at that time?
16       A.    Yes, it's fair to say that.
17       Q.    Have you done any type of investigation
18  or review to determine whether the price paid by
19  Atlantic to -- by ATI to NER was a fair market
20  value price?
21       A.    Outside of our internal company
22  conversations, no.
23       Q.    Okay.  And in connection with those
24  internal company conversations that you have had,
25  have you reviewed any documents or reports or