Case 1:15-cv-00179-WYD-NYW Document 48-2 Filed 05/22/16 USDC Colorado Page 2 of 14
Case 1:15-cv-00179-WYD-NYW Document 175-8 filed 03/25/19 USDC Colorado pg 1 of 3
Case 1:15-cv-00179-WYD-NYW Document 11-1 Filed 03/02/15 USDC Colorado Page 1 of 13

# SOFTWARE DEVELOPMENT AND ASSIGNMENT AGREEMENT

**THIS SOFTWARE DEVELOPMENT, ROYALTY AND ASSIGNMENT AGREEMENT** ("Agreement") is executed as of this 1st day of January, 2009 (the "Effective Date") by and between **IT Portfolio, Inc.** ("ITP"), a corporation organized under the laws of the State of Colorado, with its principal place of business in 279 W. Sylvestor Place, Littleton CO 80129 and **NER Data Products, Inc.** ("NER"), a corporation organized under the laws of the State of New Jersey, with its principal place of business at 307 S. Delsea Drive, Glassboro, NJ 08028.

## RECITALS

A. By agreement dated October 1, 2005, ITP and NER contracted to combine certain software owned by ITP known as "Profit" (hereinafter referred to as "Profit" or the "ITP Software") with certain software owned by NER, including the print management products known as Printhelpline.com, and a central database developed by NER (collectively hereinafter referred to as "PHL" or the "NER Software") into a new product or products known as "Print4", "Print4 Online", Print4 Onsite, Print4 and/or "Print4 ERP" (collectively, hereinafter referred to as "Print4" or the "Print4 Software", and further defined in Article 1 below).

B. NER and ITP also contracted for ITP to enhance Print4 on an ongoing basis for 20 hours per week as a work-for hire.

C. ITP desires to sell and assign the ITP Software now irrevocably integrated into the Print4 Software for the consideration specified herein.

D. The parties wish to confirm NER's ownership of the Print4 Software.

E. NER desires to engage ITP on a work-for-hire basis to further integrate, develop, maintain, support and enhance the Print4 product upon the terms and conditions contained herein

**NOW, THEREFORE**, in consideration of the foregoing, and for other good and valuable consideration, the receipt and sufficiency of which are hereby mutually acknowledged, the parties hereto agree as follows:

## 1. DEFINITIONS

1.1 **"Adjusted Gross Sales"** shall mean annual Gross Sales minus rebates, discounts, refunds, returns, credits or allowances made to customers of the Print4 Software.

1.2 **"Data"** means all information residing within the Print4 Database.

1.3 **"Derivative Products"** means computer programs or object or source code form developed, used or otherwise acquired by NER which are similar in function or purpose, modification of, derived from or based upon the Print4 Software.

1.4 **"Development Services"** means the designing, writing and testing of machine-readable object code or source code, for the Print4 Software and further defined in Article 2 below.

1.5 **"Documentation"** shall mean functional specifications pertaining to a Print4 Software program or identifiable subprogram or subroutine.

1

12. **NOTICES.**

All notices, authorizations, and requests in connection with this Agreement shall be deemed given (i) five days after being deposited in the U.S. mail, postage prepaid, certified or registered, return receipt requested; or (ii) one day after being sent by overnight courier, charges prepaid, with a confirming fax, with a confirming email, and addressed as first set forth above or to such other address as the party to receive the notice or request so designates by written notice to the other.

13. **GOVERNING LAW; JURISDICTION AND VENUE.**

The validity, interpretation, construction and performance of this Agreement shall be governed by the laws of the State of Colorado. The United States District Court for the applicable District of Colorado shall have exclusive jurisdiction and venue over any dispute arising out of this Agreement, and NER and ITP hereby consent to the jurisdiction of such court.

14. **SEVERABILITY.**

If any provision of this Agreement shall be held by a court of competent jurisdiction to be illegal, invalid or unenforceable, the remaining provisions shall remain in full force and effect.

15. **BUSINESS CONDUCT; INDEPENDENT CONTRACTOR**

ITP acknowledges that, while in the performance of its duties under this Agreement, ITP has access to NER information and will be interacting with NER customers as a representative of NER. At all such times, ITP agrees that it shall conduct itself in an ethical manner and in the best interest of NER. ITP will perform its services hereunder faithfully and to the best of its ability as reasonably directed by NER. ITP acknowledges that it is solely an independent contractor and consultant, is not an agent or an employee of NER, and is not entitled to any NER employment rights or benefits. This Agreement shall not be deemed to create a partnership, joint venture or similar relationship or arrangement between the parties. ITP shall be responsible for all costs of maintaining the test environment necessary to perform the Development Services.

16. **MISCELLANEOUS.**

This Agreement and its exhibits contain the entire understanding and agreement between the parties respecting the subject matter hereof. This Agreement may not be supplemented, modified, amended, released or discharged except by an instrument in writing signed by each party's duly authorized representative. All captions and headings in this Agreement are for purposes of convenience only and shall not affect the construction or interpretation of any of its provisions. Any waiver by either party of any default or breach hereunder shall not constitute a waiver of any provision of this Agreement or of any subsequent default or breach of the same or a different kind. This Agreement shall be binding upon all successors and assigns of the parties. In the event that Litigation arises out of this Agreement or its enforcement, the prevailing party shall recover the costs of the litigation, including reasonable attorney's fees.

IN WITNESS WHEREOF, the parties have caused their duly authorized representatives to execute this Agreement as of the date first set forth above.

IT Portfolio, Inc.
Name: Mark T. Lessner
Title: PRESIDENT

Signature: _____

NER Data Products, Inc.
Name: Scott Steele
Title: Senior Vice President

Signature: _____

13