**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:15-cv-00179-DDD-STV

IT PORTFOLIO, INC., a Colorado Corporation

    Plaintiff,

v.

NER DATA CORPORATION, a Delaware Corporation *
NER DATA PRODUCTS, INC., a New Jersey Corporation *
and STEPHEN F. OATWAY, an Individual,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT STEPHEN OATWAY'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT, ON COUNT IX OF THE THIRD AMENDED COMPLAINT**

---

    The Plaintiff, IT Portfolio, Inc. ("ITP"), by and through its attorneys, Podoll & Podoll, P.C., hereby submits its Motion for Extension of Time to Respond to the Second Motion for Partial Summary Judgment on Count IX of the Third Amended Complaint filed by Defendant Stephen F. Oatway ("Oatway") pursuant to Fed. R. Civ. P. 6(b), D.C.COLO.LCivR 6.1 and 7.1(a), DDD Civ. P.S. and D.C.COLO.MJ V(7), as follows:

    1.    The undersigned conferred with counsel for Oatway who indicated he does not oppose the requested extension.

    2.    After an unopposed extension of the dispositive motion deadline, Oatway filed his Second Motion for Partial Summary Judgment on Count IX of the Third Amended Complaint [ECF No. 232] on May 17, 2024.

    3.    ITP's Response is due June 7, 2024. This motion is filed more than three days before the operative deadline pursuant to D.C.COLO.MJ V(7).

4. ITP respectfully requests a 21-day extension to file its Response to Oatway's Second Motion for Summary Judgment.

5. Good cause exists for the requested extension and counsel has been diligent with the time allotted.

6. Primary counsel for ITP, Robert Podoll, was intermittently out of the office in May overseeing significant repairs to his house and preparing, and moving back from, a rental home.

7. Mr. Podoll and associate counsel have also been attending to other matters including, *inter alia*:

   a. preparing and filing a response due on May 31, 2024 to a partial Motion to Dismiss issues from the appeal in *Bertoia v Denver Gateway,* Colorado Court of Appeals Case No. 23CA2110;

   b. Preparing an expedited brief due June 5, 2024 in the trial court in *Bertoia v. Denver Gateway,* Denver District Court Case No. 19CV33523;

   c. preparing an appeal due June 6, 2024 to the Colorado District Court Bankruptcy Appellate Panel in *In re: Roberts*, Colorado Bankruptcy Case No. 22-10521-JGR;

   d. preparing a response due June 27, 2024 to a 2600-page Motion for Summary Judgment in *Trowbridge et. al. v. Newport Financial Group*, California Superior Court (Orange County) Case No. 30-2019-01120722;

8. This is Plaintiff's first request for an extension. This matter is set for a jury trial commencing March 10, 2025. The extension will not affect any other currently set dates.

9. The Motion is unopposed, and no party will be prejudiced if the Court grants the relief requested herein.

WHEREFORE, ITP respectfully requests that the Court grant a 21-day extension of time, through and including June 28, 2024, within which to file its Response to Oatway's Second Motion for Summary Judgment.

Dated June 4, 2024                    Respectfully submitted,

PODOLL & PODOLL, P.C.

By: *s/ Jacqueline E.M. Hill*
Jacqueline E.M. Hill, #47789
Robert C. Podoll, #8776
5619 DTC Parkway, Suite 1100
Greenwood Village, Colorado 80111
Phone: (303) 861-4000
Email: jacqui@podoll.net; rob@podoll.net
***Attorneys for Plaintiff***

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2024, the foregoing was electronically served via ECF/PACER on:

Andrew C. Oatway
aco@morisi.com
MORISI & OATWAY, P.C.
730 Hancock Street
Quincy, MA 02170-2723
Tel 617.479.0400
Fax 617.479.6885

The undersigned hereby certifies that on June 4, 2024, the foregoing was served via email on IT Portfolio pursuant to D.C.COLO.LCivR 6.1.

*Jacqueline E.M. Hill*

4