

# NER Data Corporation

## *(Managed Print Services Division)*

### Confidential Business Review



# Everingham & Kerr, Inc. 

*1300 Route 73, Suite 103*
*Mt. Laurel, NJ 08054*
*Tel. (856) 546-6655*
*Fax (856) 546-2806*
*www.everkerr.com*

# Table of Contents

I.     Introduction ................................................................................. 1

II.    Confidential Business Summary ................................................... 2

III.   The Proposed Transaction ......................................................... 3

IV.    Company Description
       Background ......................................................................... 4
       Services .............................................................................. 5
       Website .............................................................................. 7
       Customers .......................................................................... 8
       Employees .......................................................................... 9
       Facilities ........................................................................... 10
       Websites & Domain Names ................................................. 11
       Future Prospects ............................................................... 12

V.     Performance
       Highlights .......................................................................... 13
       Balance Sheet .................................................................... 15

Company Presentation ......................................................... Addendum

**Everingham & Kerr, Inc.**

**NER Data Corporation**

# CONFIDENTIAL BUSINESS REVIEW



# NER Data Corporation
## *(Managed Print Services Division)*

### INTRODUCTION

NER Data Corp. *(the "Company" or "NER Data")* has engaged Everingham & Kerr, Inc. *("E&K")* as its exclusive Financial Advisor to examine strategic alternatives for its Managed Print Services Division.

This Confidential Business Review *("CBR")* has been prepared for distribution on a <u>confidential</u> basis to selected entrepreneurs and/or companies solely for the purpose of evaluating the proposed transaction. The information contained in this CBR has been furnished by the Company, or secured from other sources considered reliable. Everingham & Kerr, Inc. has no reason to doubt the accuracy or integrity of the information provided, but neither the Company, nor Everingham & Kerr, Inc. makes any representations or warranties, expressed or implied, as to the accuracy or completeness of any of the information in this report. By acceptance hereof, each recipient agrees to assume responsibility for verification of all information and figures supplied prior to consummating a purchase.

Each recipient agrees that without prior written consent of the Company, it will not copy, reproduce or use information in this CBR in whole or in part for any purpose other than for review and evaluation of the proposed transaction. The information contained herein must be kept <u>Confidential</u> and disclosed only to those advisors who need to know such information for the purpose of reviewing and evaluating the proposed transaction, and only after the advisor has agreed to comply with the terms for secrecy and confidentiality agreed to in the prior Confidentiality Agreement executed between E&K and the recipient of this CBR.

Each recipient further agrees that in the event a transaction is not consummated with the Company, all copies of this CBR and related materials will be destroyed.

**NER Data Corporation**

## BUSINESS SUMMARY

CONFIDENTIAL BUSINESS SUMMARY

**Industry:** Managed Print Services Company

**Location:** Mid-Atlantic Region

**Business Highlights:**

> ➢ Provides wholesale managed print services for resellers and their end user customers throughout the U.S.

> ➢ The Company has its own proprietary / intellectual property and cloud-based software widely regarded as the best in the industry.

> ➢ Over 43,000 zip codes covered by the Company's proprietary third party service network and help desk.

> ➢ Highly automated with third party integration for fulfillment and logistics.

> ➢ Over 60,000 devices are currently being managed by the Company representing over 1Billion printed pages annually.

> ➢ The Company conservatively estimates it will generate approximate $5.5 million in revenue with approximately $900K in Gross Profit in 2015 *(It is exceeding this estimate through the first 3 months of the year)*.

**NER Data Corporation**

Everingham & Kerr and our clients **do not** have asking prices on any represented companies. The information contained in this CBR has been provided to enable the prospective buyer to make an informed decision as to the price to be paid for the business based on the preliminary information contained in this CBR albeit without having conducted a thorough due diligence investigation. In addition to the narrative describing the business, E&K normalized the Income Statements and Balance Sheet to provide prospective buyers with specific assets and liabilities that will be included in the transaction as well as the historical and current cash flow of the business.

*If you have no further interest*: If upon review of the CBR it is decided that there is no further interest in acquiring the company, the CBR should be destroyed. Such parties are reminded that they will continue to be bound by all provisions of the Confidentiality Agreement.

*If you have further interest*: **Interested buyers are asked to advise E&K of their interest in the form of a non-binding Indication of Value. This can be provided by email or letter. The Indication of Value should include the following:**

1. A preliminary value for the proposed transaction.
2. The anticipated transaction structure that includes:
   a. Whether the price will be paid in all cash.
   b. How much of the price will be borrowed from institutions and what portion will be in the form of invested equity?
   c. Any other terms that would be material to the seller and its advisors in determining which prospective buyers it will select for further discussions.
3. A suggested time frame for closing a transaction that takes into account due diligence and legal documentation.
4. Financial documentation that validates the buyer's capability to perform as proposed.
5. Information about the buyer's company or person that describes the fit with the business.

*Letter of Intent*: Potential acquirers submitting Indications of Value within an acceptable range will be invited to meet the management team and tour the company's facilities. If after meeting with the seller there is still interest in consummating a transaction a non-binding Letter of Intent will be requested for negotiation of the salient business terms of the transaction. In addition to price, the seller will consider other factors when selecting the buyer including terms, timing, tax structure and the buyer's ability to obtain the funds required for closing.

*Due Diligence, Purchase Agreement, Closing*: After the Letter of Intent is signed, the buyer will be given the opportunity, together with its legal, financial and other advisors, to conduct further due diligence with respect to the seller, its business and prospects. Concurrent with due diligence review, it is expected that the parties and their counsel will negotiate the Purchase Agreement and proceed to a Closing.

*Contact Information*: **Under no circumstances should any employees, vendors, customers or shareholders of the Company be contacted without prior approval of Everingham & Kerr.**

Please contact the following E&K professionals at (856) 546-6655 or via email:

| **Joseph A. Vanore, Jr.** | **Daniel R. Everingham** | **Mandish S. Channa** |
|---|---|---|
| jav@everkerr.com | dre@everkerr.com | msc@everkerr.com |
| Ext. 114 | Ext. 115 | Ext. 116 |

**Everingham & Kerr, Inc.** 

# NER Data Corporation

## COMPANY DESCRIPTION

NER Data provides wholesale managed print services for customers throughout the U.S.

The Company was originally established in 1971 manufacturing wide ribbons, high speed toner and tape storage. In 1988, it acquired Frye Computer Supplies and expanded its Narrow Ribbon supplies business. By the 1990's, NER Data had quickly became among the top five aftermarket supplies manufacturers in the world. In 2001, it made another acquisition of Advanced Supplies and started its printer part distribution business; Image1. In 2009, the Company shifted its efforts to focus primarily on managed print services and data center infrastructure business with the sale of its Supplies and Parts business to Clover Technologies. In June, 2014 NER sold 75% of its Data Center business to Performance Tuning Corporation and rebranded DCIM Solutions.

NER Data is a Delaware C-Corp *(although it started in 1971, the NER Data Corporation was actually incorporated in late 2009)*.

The Company is owned by NER Holdings *(72.5%)* and United Stationers *(27.5%)*. NER Holdings is a Delaware corporation owned 85% by Bud Oatway,

In 2014, NER Data MPS generated approximate $6 million in revenue with over $700K in Gross Profit. The Company conservatively estimates it will generate approximate $5.5 million in revenue with approximately $900K in Gross Profit in 2015 *(NER is exceeding this estimate through the first 3 months of the year)*.

> **Mr. Oatway is seeking to sell the business to a qualified acquisition candidate in order to retire. Following a transaction, he would be willing to remain with the Company for a mutually agreeable transition period depending on the needs of the acquirer.**

**Everingham & Kerr, Inc.**

# NER Data Corporation

## SERVICES

**Managed Print Services:** NER Data provides a wide array of end-to-end managed print services that range from supplies fulfillment to fully integrated /automated lights out systems. The Company uses its own Proprietary Software Platform: *Print4 Managed Print Services*. The Company provides fully integrated applications that allow the reseller to utilize one platform end-to-end. The platform also allows NER Data to directly interact with service delivery partners as the wholesaler, which helps control the quality of the application, support, and execution. Print4 helps reduce printing costs and increase printer efficiency.

NER Data provides managed print services and data center infrastructure optimization solutions that seamlessly integrate with any business model. These services include:

***Supplies and Services Management:*** Customers are provided:



- Single source for all printer related supplies, parts, service, hardware, and software.
- Over two dozen tailored programs to address customer requirements.
- Automated alerts and fulfillment -- all supplies, parts, and service delivered onsite.
- Automated asset detection and deliverables management.
- Nationwide next business day onsite service by certified, insured technicians.
- Same-day service available in most metropolitan areas.
- Data collection, management, and reporting available through highly-secure, powerful, yet easy-to-use applications.
- Multiple user roles, access and system visibility.
- Robust analytics that includes a complete view of print network by device, usage, consumables, service, and more.
- Real-time access to device moves, adds, and changes.
- Full visibility to tracking and trending of assets.
- Meter collection and verification.

***Triage, Dispatch and Outsourced Level 1 Help Desk:*** The Company's Level 1 and Level 2 help desks are staffed with certified printer technicians *(approximately 10% of the service requests are taken care of remotely)*.

All technicians are continuously trained, reviewed, and rated based on customer feedback which helps ensure customers receive top quality service.

***Automated Toner Management System (ATMS):*** The ATMS allows customers to have their supply needs automatically fulfilled. ATMS's algorithm intelligently receives and manages device supply level alerts and toner alerts. The system automatically generates toner supply orders for deliver prior to them running out.





---

**Everingham & Kerr, Inc.**

**NER Data Corporation**

The ATMS analyzes all variables including:

- Machine type
- Meter capture
- Communication structure
- Paper size
- Duplexing
- Coverage/fulfillment settings
- Color and monochrome output

***Break/Fix Service and Maintenance Agreements:*** The Company has a nationwide network of certified technicians that provide:

- Help desk telephone support.
- Parts & labor delivered onsite.
- Access to the Print4 Online Portal service, status visibility, device histories, asset management, and device reporting.

Average response time is as quick as 1 business day and available to all 43,000+ U.S. zip codes. Same day service is available within 30 miles to the top 50 U.S. cities.

***Life-cycle Services (Assessments, Installations, Decommissioning):*** The Company provides an on-site assessment is that thoroughly examines each device for complete specifications, working condition, features, environment, location, accessibility, and network capability. The assessment also helps to identify problems such as non-networked and rogue devices, outdated or broken equipment, inaccessible locations, and decommissioned devices. As devices become obsolete or are no longer needed, the Company's technicians will assist  to uninstall and remove these devices. Decommissioned devices can be repackaged, stored, and shipped for recycling or traded in to lower the cost of a newer device. Installations provided by the Company are customized based on each client's specific needs to ensure the process is done in the most optimal manner. The Company ensures that day-to-day operations continue to run smoothly as the services are being performed.

The Company currently manages over 60,000 devices in over 6.300 locations nationwide.

Within the managed print services NER Data offers 3 programs:

- ***Cost Per Page Program***: This includes some or all of the components of a page provided to a reseller in a cost per page. Also deals with page costs, toner, parts, labor, and equipment.
- ***Maintenance Contracts***: Contracted service is provided for an annual fixed fee.
- ***Break Fix Service***: Services are provided on a per ticket basis.

**Trade Association:** NER Data is an active member of the Managed Print Services Association *(MPSA)* whose purpose is to address and optimize businesses' office document management while enhancing the growth, efficiency, and profitability of the MPS segment through advocacy, marketing, education, research, standards and a general community of interest.

**Sales and Marketing:** The primary strategy the Company uses is to sell through its existing strategic partners. The Company also employs full-time business development reps that cover the North East and Mid-Atlantic markets. NER Data has had limited development of the reseller channel, which could be an excellent opportunity for growth.



**NER Data Corporation**

NER Data has an informative, interactive website which allows customers to view its services and other important information online at *(www.nerdata.com)*:



Customers, dealers and administrators access the MPS portal via Print4online.com.  All MPS transactions and interactions are documented and visible depending on user rights.



**Everingham & Kerr, Inc.**

## NER Data Corporation

### CUSTOMERS

NER Data currently has approximately 45 direct customers. Its direct customers are its channel partners that provide MPS services to the end-user.

Below is a breakdown of its top partners by revenue for the years ending 2013 and 2014 *(The Company is currently engaged in a contractual agreement with OfficeMax, its largest customer, which expires in September of 2015)*:

| Partner | 2013 | 2014 |
|---------|------|------|
| **Top 10 Partners by % of Revenue** **2013 & 2014** | | |
| Partner 1 | 28% | 38% |
| Partner 2 | 8% | 6% |
| Partner 3 | 3% | 6% |
| Partner 4 | 1% | 4% |
| Partner 5 | 2% | 2% |
| Partner 6 | 1% | 2% |
| Partner 7 | 4% | 2% |
| Partner 8 | 0% | 2% |
| Partner 9 | 1% | 1% |
| Partner 10 | 0% | 1% |
| **Total** | **49%** | **64%** |

Below is a detailed chart describing the Company's current customers by industry type:



Current MPS Contracts by Vertical

**Everingham & Kerr, Inc.**

## NER Data Corporation

EMPLOYEES

NER Data currently employs 24 employees.  Below is a breakdown of the Company's key personnel, as well as employee roster:

*Key Personnel*:

- <u>President and COO *(Steve Oatway)*</u>: Mr. Oatway has been with the Company since 1988 and has held a senior leadership role since 2003.  He played a key role in transitioning the Company from an imaging supplies manufacturer to an IT-centric solutions provider.

- <u>VP MPS Operations</u>: Has been with Company since 2008.  Prior to joining the Company he was a Product Manager at Esab & Cutting Products for 5 years.

- <u>Director of Business Operations</u>: He is responsible for the management of technology development and transactional operations for the managed print services.  He has more than 18 years of previous experience in managerial positions.

**Employee Benefits:** NER Data currently provides the following benefits to its employees:

- Medical *(Horizon)* and Dental *(Assurant)* insurance – employee paid.
- Vacation time off with pay for all full-time employees *(varies by years of service)*:
  - 1 year – 5 days
  - 3 years – 10 days
  - 7 years – 15 days
  - 10 or more years – 20 days
- Flexible Spending Accounts.
- 401(k) Savings Plan.
- Life Insurance Plan – provides term insurance coverage of $10,000.
- Accidental Death & Dismemberment Plan – provides additional coverage for serious accidental injury or death.
- Long-Term Disability Plan.
- Voluntary Benefit Plans through Allstate *(100% paid by employees through payroll deductions)* and the Sage College Scholarship.

**Everingham & Kerr, Inc.** 

**NER Data Corporation**

NER Data is headquartered in Glassboro, NJ *(307 Delsea Drive South)*. The Company is located in a building that is currently commonly owned and leased back. The building is currently under contract for sale and the company will lease back approximately 6,000 sq. ft. of space to operate out of 23.6k total.    Monthly rent is currently $11,000 and will be $4,000 per month starting in June, 2015. Below is a map illustrating the location of the Company's facility:



**Everingham & Kerr, Inc.**

**NER Data Corporation**

WEBSITES & DOMAIN NAMES

The Company owns the following websites and domain names:

**Websites**

- NER data main website (nerdata.com, nerdata.biz, datacentersource.com – this is shared with the Data Center business unit)
- Generic Print4 brochure-ware website (print4.com, print4.net)
- Print4 hp branded website (print4hp.com)
- OfficeMax MPS website (officemaxmps.com)
- Print4 Online Portal - Part of the Prnt4 Tool set (print4online.com, printhelpline.com)
- Print4 Onsite Portal - Part of the Prnt4 Tool set (print4onsite.com)
- Print4 Discovery Download - Part of the Prnt4 Tool set (print4onsite.com)
- P4TCO Tool Version 1 (tco1.tootool.net.com)
- P4 TCO Tool Version 4 (tco4.tootool.net.com)
- TCO Tool "HQ QuickQuote" (tco2.tootool.net.com)
- H&R Block Toner Management Tool (hrbtom.com)

**Domain Names**

- nerdata.com = NER main website
- nerdata.biz = NER main website (resolves to nerdata.com)
- datacentersource.com = NER main website (resolves to nerdata.com) – This is shared with the Data Center business unit
- print4.com = Generic Print4 MPS Website
- print4.net = Generic Print4 MPS website (resolves to print4.com)
- print4hp.com = Print4 hp branded website
- officemaxmps.com = OfficeMax MPS branded website
- print4online.com = Prnt4 online portal
- printhelpline.com = Prnt4 online portal
- print4onsite.com = Discovery and onsite tool downloads
- tootool.net = online TCO tools. "A" records control access to different tools (tco1. resolves to original version of TCO tool, tco2. resolves to HQ "QuickQuote" version, tco4. resolves to version 4 of original TCO tool)
- hrbtom.com = H&R Block Toner Management tool

- print-desk.com = parked for now

**Other Intellectual Property Assets**

*Registered Trademarks*

| MARK | REGISTRATION NUMBER | COUNTRY |
| --- | --- | --- |
| NER | 3,205,509 | United States |
| PRINT4 | 3,314,218 | United States |
| NER | 3,320,988 | United States |
| NER | 3,406,958 | United States |
| PRINT4 | 700750 | Canada |
| NER | 700757 | Canada |

*Pending U.S. Patent Applications*

| TITLE | PATENT APPLN. NUMBER |
| --- | --- |
| Services Management System for Equipment | 11/765,425 |

Everingham & Kerr, Inc. 

**NER Data Corporation**

Management believes that a potential acquirer could grow the business in the following manner:

- ➢ By expanding the Company's customer base, a potential acquirer can significantly increase the revenue and income of the business.
  - ○ It can be done by adding sales representatives and/or additional skilled employees to the business.
    - ▪ A strategic or complimentary acquirer may already have a sales team and additional skilled employees in place.

- ➢ With the implementation of a more aggressive marketing strategy, a potential acquirer can further increase the Company's revenue and exposure
  - ○ This could include special events, promotions, and increased advertising.
  - ○ This could also include more focus/emphasis on the reseller channel.

- ➢ Other areas of growth would include *(greater detail can be provided on a Management call)*:
  - ○ New sales channels.
  - ○ New OEM support in service *(with new OEM players entering the market)*.
  - ○ Leveraging existing and new strategic partners.
  - ○ Third-Party integration with NER proprietary software.
  - ○ More technological advancement:
    - ▪ Mobile application.
    - ▪ Virtual asset management.
  - ○ More levels of customized support.
  - ○ Improved sales and marketing efforts.
  - ○ Cross-selling additional business equipment and/or services to existing customers.
  - ○ Program improvement:
    - ▪ Managed services for print model.
    - ▪ Platform as a service.
  - ○ Improved revenue and contract management.

**Everingham & Kerr, Inc.** 

NER Data Corporation

## PERFORMANCE

HIGHLIGHTS

**Sales:** In 2014, NER Data generated approximate $6 million in revenue with over $700K in Gross Profit. The Company conservatively estimates it will generate approximate $5.5 million in revenue with approximately $900K in Gross Profit in 2015 *(NER is exceeding this estimate through the first 3 months of the year)*.

**Computers & Software:** The Company utilizes Microsoft's Navision Enterprise Resource Planning *(ERP)* system.

**Competitive Advantage:** NER Data's has four key areas which help form its competitive advantage:

- The Company's Print4 SAAS platform is scalable and able to be leveraged. The platform is widely regarded as the most robust in the industry.
- The Company's service delivery model is a high tough/high value model leveraging third party partners.
- Strong dealer support for training and mentoring new MPS programs as well as continued outstanding support for sales and operations execution.
- Go-to-market strategy that leverages strategic relationships with partners. Alliances such as these allows NER to manage costs by leveraging its infrastructure across its partners, to focus on its core competencies while allowing partners to serve other parts of the market and extend its market and brand presence.

**Ownership Structure:** Please find below more detailed information on the ownership structure of the Company and other related entities.

- **NER Holdings Inc** is a Delaware corporation which owns 100% of the shares of NER Data Products Inc ("Data Products"), 100% of the shares of NER Data Products (Canada) Ltd and 72.5% of the shares of NER Data Corporation ("Data Corp"). Data Corp owns 25% of the shares of DCIM Solutions LLC. NER Holdings Inc is substantially owned by the Oatway family.

- **NER Data Products (Canada) Ltd** is a Canadian corporation through which the group formerly operated in Canada. At the present time it is inactive. Its principal asset is an intercompany receivable from NER Data products totaling approximately $1.4 million.

- **NER Data Products Inc** is a New Jersey corporation through which all of the US operating activities of the NER group were conducted from 1971 until the year 2010. Historically, Data Products was a manufacturer and distributer of computer printer supplies and parts through the reseller channel and products and services in the corporate data center industry, also primarily through the reseller channel. In 2009, Data Products exited the computer printer supplies and parts business by selling its then remaining activity to a third party. It retained its managed print services and data center infrastructure businesses. In 2010, Data Products transferred the two remaining businesses, but not including its real estate assets, to Data Corp in exchange for all of it shares.

**Everingham & Kerr, Inc.**

NER Data Corporation

At the present time, Data Products' assets consist primarily of two real estate properties in Glassboro, NJ (a 33,000 square foot manufacturing facility and a 28,000 square foot mixed office and warehouse facility), a $3.080 million intercompany working capital loan to NER Data Corporation and a $1.5 million preferred share issue of NER Data Corporation.

- **NER Data Corporation** is a Delaware corporation formed on December 31, 2009 for the purpose of segregating from Data Products its then remaining operating businesses. The segregation was completed on April 4, 2010, when Data Products transferred by Bill of Sale title to the business of Data Products related to (a) bundling hardware, supplies, parts, service, management, and leasing for corporate printing environments, including logical extensions of such business, such as document management and work flow (collectively the managed print services business), and (b) developing, marketing, and selling products and services in the corporate data center infrastructure industry, including remote access and management, energy and power management, data center management systems, and services and complimentary products that are utilized in such environments (collectively, the data center services business).Pursuant to an Agreement for Purchase and Sale of Stock dated April 5, 2010 between NER Data Products, Inc, NER Holdings, Inc other NER related parties, and United Stationers Supply Co. ("United"), Data Products agreed to sell to United, twenty-seven and one half percent (27.5%) of the issued and outstanding shares of Data Corporation for a cash consideration of $5 million. The sale transaction was closed on that date. Subsequent to this transaction, the 72.5% share ownership retained by Data Products was transferred to its parent NER Holdings Inc.

    o On June 27, 2014, Data Corp concluded an agreement with DCIM Solutions LLC ("DCIM") to sell to DCIM the data center infrastructure business described above exclusive of any related trade accounts receivable and vendor accounts payable. In exchange for the sale, Data Corp received $100 thousand of cash and a DCIM note in the amount of $1.910 million. The note carries interest at the rate of 4% and is amortizable at the rate of $60 thousand per month for twelve months and thereafter at the rate of $50 thousand for the next 24 months. Interest is payable monthly. The Note is secured by the shares of DCIM Solutions LLC. The current balance on the Note is $1.430 million.

    o Following the sale of the data center infrastructure business, Data Corp owns and operates the managed print services business described above and 25% of the shares of DCIM.

- **DCIM Solutions LLC**: DCIM Solutions LLC is owned 75% by Dan McDougal/Performance Tuning Corporation and 25% by NER Data Corporation. DCIM has entered into a Shared Services Agreement with NER Data Corporation where DCIM pays NER $25k per month for 18 months with a six month option to extend for space, IT infrastructure, and management support.

## NER Data Corporation

### Balance Sheet (a)

|  |  | As of March 31 2015 |  |
| --- | --- | ---: | ---: |
| **Assets** |  |  |  |
| *Current Assets* |  |  |  |
| Cash & Equivalents | $ | 5,536 | 0% |
| Accounts Receivable |  | 578,171 | 13% |
| Other Receivable |  | 681 | 0% |
| Notes Receivable |  | 1,430,000 | 31% |
| Inventory |  | 16,973 | 0% |
| Defferred Taxes |  | 812,455 | 18% |
| Prepaids and Other Current Assets |  | 17,538 | 0% |
| Total Current Assets |  | 2,861,353 | 63% |
| *Fixed Assets* |  |  |  |
| Fixed Assets |  | 1,913,578 | 42% |
| Accumulated Depreciation |  | (1,903,928) | -42% |
| Total Fixed Assets |  | 9,650 | 0% |
| *Other Assets* |  |  |  |
| Other Assets - Deferred Taxes |  | 1,698,424 | 37% |
| Total Other Assets |  | 1,698,424 | 37% |
| **Total Assets** | $ | 4,569,427 | 100% |
| **Liabilities & Equity** |  | **2015** |  |
| *Current Liabilities* |  |  |  |
| Accounts Payable | $ | 2,856,661 | 63% |
| Accrued Expenses |  | 136,039 | 3% |
| Total Current Liabilities |  | 2,992,700 | 65% |
| *Debt Liabilities* |  |  |  |
| Due to Affiliates |  | 3,095,699 | 68% |
| Revolver Loan |  | 477,706 | 10% |
| Total Debt Liabilities |  | 3,573,406 | 78% |
| *Shareholders' Equity* |  |  |  |
| Shareholders' Equity |  | (1,996,679) | -44% |
| Total Shareholders' Equity |  | (1,996,679) | -44% |
| **Total Liabilities & Equity** | $ | 4,569,427 | 100% |

(a) Based on the Company's internal financials (prepared on an accrual basis).



# Everingham & Kerr, Inc.



**NER** DATA CORPORATION

www.nerdata.com   888.637.3282

# Managed Print Services

Presented by Stephen Oatway, President/COO

Global IT M&A Forum March 5-6, 2014

# Table of Contents



- **NER Background**
- **Business Partners-Channel, Vendors, and End User**
- **Offering Overview**
- **Investment and Growth Opportunity**
- **Financials**

# NER Background



- **1971** NER Data Products established as manufacturer of imaging supplies (Printer ribbons and Compatible Toner Cartridges)

- **2002** Image1 established as HP/Lexmark Printer parts distributor

- **2007** Management Buyout

- **2009 (Q4)** Sale of Non-Strategic manufacturing and distribution Assets to Clover

- **2010 (Q1)** NER Data Corporation established. USSCo 27.5% minority investment.

- **2011 (Q1)** HP LOI

- **2011/2012** Focus on MPS Contracts Profitability

- **2013** Capital Search, MPS Business Model Shift, Data Center Innovation

- 2014 Angel Investor-Data Center Division

# Leadership



- **Stephen Oatway, President and COO**
  Stephen started with the NER group of companies in 1988 and has held his senior leadership roles since 2003. Previous positions include Treasurer (1988-1991), VP Storage Products (1992-1996), and Executive Vice President Operations (1997-2002). Stephen led the transformation of NER from an imaging supplies manufacturer to an IT-centric solution provider of MPS and Data Center Infrastructure Optimization (DCIM). He implemented NER's continuous improvement program IMPACT, started Image1 Products Inc,. And architected several acquisitions and divestures during his leadership tenure. Prior to joining NER, Stephen was a Senior Associate with Hargro Associates from 1985 through to joining NER. Stephen received a BA in Political Science from Kenyon College in 1984.

- **Eric Austin, VP MPS Operations**
  Eric joined NER in July 2008 as Product Manager of its Imaging Supplies Division. In 2009, after NER successfully sold its Imaging Supplies Division to Clover Technologies, Eric became Product Manager for NER's Data Center Technology Solutions. In 2011 Eric assumed responsibility for NER's Managed Print Services Sales Operations group, and in March, 2012 was promoted to VP MPS Operations, where he has overall responsibility for Sales Operations, Service Delivery, and Business Operations. Prior to joining NER, Eric spent five years as Product Manager at Esab Welding & Cutting Products in Hanover, Pennsylvania. Eric has a Master's Degree in Business Administration from York College of Pennsylvania.

- **Robert Belvin, Director of Business Operations**
  Robert is responsible for the management of technology development and transactional operations within Print4. His primary focus is on continued development of processes and  applications to enable the successful deployment of projects. Robert brings more than 18 years of experience to the Print4 team, including his previous roles at NER as Technology Solutions Product Manager and General Manager for the Canadian Distribution facility. In these roles, Robert was directly involved in, or responsible for, the startup of NER's toner remanufacturing business, customer service, product management, distribution, transactional efficiencies, quality control and direct management of the Canadian sales force.

# Channel Partners



## OEM



SHARP BUSINESS SYSTEMS

Standardized on NER's Print4 technology platform for meter collection, supplies management and service administration. NER also provides full MPS support (supplies & service) for all non-like OEM devices in the client environment.

**brother.**

Selected NER to provide a SOHO-to-Enterprise solution for automated supplies replenishment. This program was developed for devices sold through retail and normal reseller channels.

**Canon**

Chose NER to provide nationwide break-fix service in support of their CPP contracts.  Service will be tracked and logged inside the Print4 system allowing the OEM to properly invoice parts and labor to their clients.

## Retail

Office DEPOT Max

Standardized NER and the Print4 ticketing system to document, dispatch and track service for their national client base. Benefits include 1 hour Level 1 triage, live parts tracking, technician updates and service histories.

## Wholesale



As the largest domestic Imaging Supplies Wholesaler, USSCo uses Print4 technology exclusively for CPP reseller support. The relationship expanded with the recent introduction of an automated supplies fulfillment program called "Automated Cartridge Plus" (ACP),  that leverages OEM supplies and hardware discounts tied to multi-year contracts.

# Business Partners (continued)



## Vendors






## National / Regional Resellers






# End-User Sample



## Health Care



## Financial



## Biomed/Pharmaceutical

 

## Manufacturing

 

## Legal

 

## Education

 

## Retail

 

# End-User Vertical Markets Analysis



## Print Devices by Industry



# Print4 by the Numbers



- **100,000,000 pages a month**

- **60,000+ devices fully managed**

- **6,300+ location installations**

- **1,560 model types from over 25 different manufacturers are software certified**

- **43,000+ zip codes are covered by our service network**

- **15,000+ service tickets processed in 2012**

- **20% of tickets resolved over the phone through our triage support**



# Print4 Value Proposition



- **Seamlessly integrates into any business model with all the components needed to build or augment an MPS offering:**
    - Over 22 different MPS program types
    - Most technically advanced cloud-based application suite for assessment, quoting, monitoring, alerting, data analysis, service and supplies fulfillment, reporting, billing, and ongoing optimization
    - Flexible options for leasing, billing, supplies, service, and support
    - Nationwide assessment, hardware deployment, triage, and repair services
    - Online reports for TCO, fleet changes, utilization, and right-size optimization
    - Automated and manual fulfillment options for supplies and parts
    - Seamless integration of your current and future business capabilities and systems
    - Dynamic contract and fleet management
    - Comprehensive online support portal and highly skilled support team at your service
    - Comprehensive training and mentoring programs
    - Comprehensive marketing support



# Nationwide Service Delivery



- Level 1 and Level 2 help desk

- Proprietary nationwide service network

- Tech-on-site, 4 hour, next business day SLAs

- Next day parts delivery

- Service for Brother, Dell, HP, IBM, Lexmark, Okidata, Panasonic, Samsung, Tektronix, Toshiba, Unisys, and Xerox devices

- Technology deployment and support teams

- Triage support technicians

**Authorized Service Provider (ASP):**







# Tools and Technology





# Investment and Growth Opportunity



- **Proprietary Intellectual Property - from SAS platform to automated execution**

- **Comprehensive Managed Services for Print Offering - Enterprise to SMB**

- **Industry Size and Demand**

- **Strong Management and Delivery Team**

- **Improved Sales and Marketing and Channel Development**

- **Scalability and Margin Expansion**

- **OfficeMax/Office Depot Merger**

- **OEM Revenue Trajectory**
  - Sharp
    - Standard Integration Complete
    - 3rd Party Vendor EDI Integration Final stages of Development
  - Canon
    - Integration complete November 2013
    - New Break/Fix contracts being added
  - Brother
    - Micro MPS Launch

# Financials





| Description ($M) | 2010 | 2011 | 2012 | 2013E |
|---|---|---|---|---|
| Revenue | $6.4 | $11.0 | $13.0 | $7.2 |
| Gross Profit | $0.7 | $1.9 | $3.2 | $2.7 |
| SG&A | $2.4 | $2.8 | $2.6 | $1.9 |
| EBITDA | -$1.2 | -$0.4 | $0.6 | $0.9 |

*In Q4 2012 the company changed its pricing and delivery model to exclude a low margin and low value piece of revenue from a partner contract. Continued focus on core competency of technology licensing and helpdesk services will improve gross profit significantly*