# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00179-WYD-NYW

IT PORTFOLIO, INC., a Colorado Corporation

      Plaintiff,

v.

NER DATA CORPORATION, a Delaware Corporation, NER DATA PRODUCTS, INC., a New Jersey Corporation, and Stephen Oatway,

      Defendants.

---

## AFFIDAVIT OF JACK DROSE

The undersigned, having attained the age of 18, and being otherwise competent, being first duly sworn, hereby states and affirms as follows:

1. I am a principal in the Plaintiff, IT Portfolio.

2. I was involved in the development of the Print4 platform at all times material in this lawsuit.

3. I am familiar with the Asset Purchase Agreement between NER Data Corporation and Atlantic Technology Integrators dated October 31, 2015.

4. The Print4 platform was an industry leader in the flexible and scalable delivery of managed print services.

5. Large and multinational companies had exposure to the Print4 platform between 2010 and 2015.

6. In 2010, a 27.5% share of NER's managed print services business was sold to United Stationers for $5 million, which valued the business at $18.2 million.

7. In 2010, the value of the business was largely based upon the Print4 platform, since the business itself was not profitable.

8. In 2011, NER Data Corporation received an unsolicited offer to purchase the managed print services business for in excess of $20 million.

9.     Again, the value of the business was largely based upon the Print4 platform since the business was not profitable.

10.     Between 2011 and 2015, there were competitive software programs which lacked some of the features and refinements of the Print4 platform.

11.     In 2014, the Print4 platform was chosen by the Imaging Channel as one of the top ten print management solutions.

12.     From and after 2006 a company doing business as ECI was acquiring managed print services providers, including E-Automate, FM Audit, Print Fleet, Print Audit and La Crosse. These acquisitions occurred between 2006 and 2018.

13.     Court documents from a 2013 lawsuit in Delaware show that in 2011, ECI acquired DGI, the makers of E-Automate for between $25 and $32 million.

14.     In addition, large companies such as Office Max, Hewlett Packard, Sharp, Brother and United Stationers had exposure to the Print4 product and would have been logical buyers.

15.     Office Max had a multi-year relationship with NER and had great respect for the Print4 platform but had decided against continuing to do business with NER.

16.     Sharp and Brother were consumers of the Print4 services in 2015.

17.     Office Max in 2015 still had many customers on the Print4 platform.

18.     No reported marketing efforts were made to sell to logical purchasers.

19.     No reported marketing efforts were made to sell the Print4 platform independently of NER's failing business.

20.     In 2014 and 2015, the managed print services business was estimated to be a 14 – 15 billion dollar industry.

21.     In 2014 – 2015, the managed print services business was projected to be a 49 – 50 billion dollar industry by the year 2020.

22.     In 2014 – 2015, the Print4 platform was a leader in the managed print services sector, especially in the unaffiliated sector which were not tied to a particular manufacturer.

23.     In 2014 – 2015 and thereafter, there was a predictable market for the Print4 platform independent of the never-profitable NER business model.

24.     In 2014 and 2015, based upon the growth of the industry and the proven performance of the Print4 platform, its value was greater than it was in 2010 and 2011 when independent third parties valued the software in the $20 million range.


25.     In 2015, NER Data Corporation did not receive fair value for the Print4 platform by selling it to its largest customer for $75,000 plus 70 % of net revenue over the next two years.


_____
Jack Drose


STATE OF COLORADO          }
                           } ss.
COUNTY OF ARAPAHOE         }

Signed and sworn to before me on this 23rd day of April by Jack Drose.

Witness my hand and official seal.

My commission expires: 1/26/2021 _____

_____
Notary public

SAMANTHA McKINLEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174003125
COMMISSION EXPIRES JANUARY 2...