IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00179-WYD-NYW

IT PORTFOLIO, INC., a Colorado Corporation

    Plaintiff,

v.

NER DATA CORPORATION, a Delaware Corporation, NER DATA PRODUCTS, INC., a New Jersey Corporation, and Stephen Oatway,

    Defendants.

## AFFIDAVIT OF MARK LESSNER

The undersigned, having attained the age of 18, and being otherwise competent, being first duly sworn, hereby states and affirms as follows:

1. I am a principal in the Plaintiff, IT Portfolio.

2. I was involved in the development of the Print4 platform at all times material in this lawsuit.

3. I am familiar with the Asset Purchase Agreement between NER Data Corporation and Atlantic Technology Integrators dated October 31, 2015.

4. The Print4 platform was an industry leader in the flexible and scalable delivery of managed print services.

5. The Software Development and Assignment Agreement contained an abandonment provision in Section 4.3 which provides in relevant part:

> "In the event of NER's "abandonment" under this Section 4.3, ITP shall have the right to market, reproduce, copy, license, sell and or distribute the Print4 Software."

6. Large and multinational companies had exposure to the Print4 platform between 2010 and 2015.

7. Due to our work in supporting the Print4 platform installations, IT Portfolio had access to these companies.

8. IT Portfolio had access to the suppliers and vendors used by NER in the managed print services business.

9. IT Portfolio had access to managers within Office Max who decided not to business with NER in 2015, but who had always shown an interest in the Print4 platform.

10. In fact, officers of Office Max had approached me prior to 2015 and asked if IT Portfolio would do business with Office Max directly.

11. Prior to disengaging from NER, Office Max informed me that they had tried for several years to replicate the Print4 platform and the services it provided, had spent several million dollars in the effort, and had been unable to reasonably replicate the services provided by the Print4 platform.

12. IT Portfolio was chiefly responsible for developing the Print4 platform and in 2015 could have continued to do so.

13. However, IT Portfolio never had the opportunity to market, license or sell the Print4 platform because in 2015 NER decided to abandon Print4 and sold it secretly to its best customer, Atlantic without any notice to IT Portfolio.

14. In 2015 the Print4 platform was worth far more to IT Portfolio than $75,000 plus 70% of the net income of NER's failing business for the next two years.

15. Marketed correctly, the Print4 platform would have been worth more than the value paid for it in 2010 by United Stationers in which a 27.5% share of NER's managed print services business was sold to United Stationers for $5 million, which valued the business at $18.2 million.

16. However, Atlantic was not just the largest customer of NER at the time of the sale of the Print4 platform, Atlantic had an officer, Bill McLaughlin, who used to work for NER, who was the college roommate of Steve Oatway's brother, who was a personal friend of Steve Oatway, and who initiated the idea of the sale of Print4 to Atlantic

17. In 2015, the Print4 platform was a proven platform in the managed print services field and should have been returned to IT Portfolio as provided in the Software Development and Assignment Agreement rather than being the subject of a quick and secret sale to Atlantic.

18. In 2015, NER Data Corporation did not receive fair value for the Print4 platform by selling it to Atlantic for $75,000 plus 70 % of net revenue over the next two years.

_____
Mark Lessner

STATE OF COLORADO     }
                      } ss.
COUNTY OF ARAPAHOE    }

Signed and sworn to before me on this 23rd day of April by Mark Lessner.

Witness my hand and official seal.

My commission expires: 1/20/2021

_____
Notary public

SAMANTHA McKINLEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174003125
MY COMMISSION EXPIRES JANUARY 20, 2021

3