**From:** Steve Oatway
**To:** Bud Oatway - email
**Subject:** FW: Payroll Plan for SFO Through Year End
**Date:** Thursday, October 15, 2015 12:46:00 PM

I am going to defer $8,000 bi-weekly starting this payroll period. Rachel will accrue but not pay. It should save NER about $3-4k per month in cash per payroll period if I can get paid about $3k in AP every two weeks.

**From:** Steve Oatway
**Sent:** Thursday, October 15, 2015 12:16 PM
**To:** Rachel Arsenault
**Subject:** Payroll Plan for SFO Through Year End

Starting with the payroll period to be processed Monday and then paid Friday, October 23 please reduce my bi-weekly salary to $1,692.32. I will defer the balance until such time as the company can afford to pay me. In lieu of receiving my normal payroll I will take payments against my AP balance as the company can afford to pay it.

Please continue to deduct my disability, medical, flex spending, and make my 401(k) contribution $1,000 per pay period. Change my federal withholding to $150 and my state withholding to $50.

Continue to accrue the balance of my bi-weekly salary; $8000. I will put a letter in the file documenting this. This should yield/net about $50 per paycheck. I will look to get about $4,000 per paycheck in AP payments which should save the company about $3-4k per pay period. Let me know if this model works in the payroll system.

Stephen Oatway
**NER Data Corporation**
856.881.5524 | Office x253
856.881.2393 | Fax
609.937.9545 | Mobile
NER Data Corporation | NER LinkedIn | NER Blog | My LinkedIn



This e-mail and any attachments may contain information, which is confidential, privileged, proprietary or otherwise protected by law. The information is solely intended for the named addressee (or a person responsible for delivering it to the addressee). If you are not the intended recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete it from your computer.