
**NER DATA CORPORATION**

**Stephen Oatway**
307 South Delsea Drive
Glassboro, NJ 08028
soatway@nerdata.com
Phone: 609-937-9545

August 24, 2015

Mr. Bill McLaughlin, CTO
Mr. Russ Klein, CFO
Atlantic Tomorrow Office
134 West 26th Street
New York, NY

Bill/Russ:

As a follow up to our meeting at your office on Tuesday, August 18th I wanted to summarize our discussions and identify possible next steps.

You shared with me that Atlantic has equal sized pieces of MPS business running on two separate platforms. Roughly half of the devices are utilizing FM Audit for meter and alert collection at .07 cents per device. All other parts of the MPS service are provided internally by your staff. The Print4 Platform manages the other 50% of the devices and has a three tiered pricing model set at $3/device for help desk managed service and parts delivery, .25 cents per device for auto fulfillment of toner, and .07 cents per device for monitored only (equivalent to FM Audit).

You said that you had determined the overall platform cost for the Print4 devices when combined with the profile of the accounts and business that is managed by the Print4 platform is higher than on the FM Audit portion of the business after considering Atlantic labor costs associated with managing the devices in the FM Audit environment. You have shared with me that an analysis of the two pieces of business has brought focus on the device fee component of the total cost. You have also shared with me that it is likely that without some type of agreement that would equalize these costs that there is a high likelihood that the devices managed by Print4 would be moved to FM Audit over the next few months in your 2016 first quarter. Finally, you shared with me that there is some thought that a purchase of the Print4 Platform could be part of the solution to address profitability in both pieces of the Atlantic MPS business.

For purposes of this discussion I am assuming Atlantic will yield a minimum $25 thousand per month improvement in margin whether you move to FM Audit or stay with the NER Platform. This would address your immediate concern about losses in the Print4 side of the business whether they be the result of higher NER platform costs or the nature of the mix of the business that is managed by the platform. You have told me, however, that a purchase of the Print4 platform would and could be strategic but it that would need to come with a financial model that made economic sense.

My analysis would indicate that there is an additional $10 to $25 thousand per month of margin improvement to be realized with a purchase of the platform. We should discuss my assumptions; however, I am pretty confident the only question will be what other profit efficiencies can be realized through additional automation, improved service delivery costs, and applying best

management practices to the entire book of business. I believe those three areas of focus on just the business currently being run on the Print4 platform would increase your monthly margin improvement from my current estimate of $25K up to $35K to $50K per month with the purchase of the Print4 Platform.

In our discussion on Tuesday there did not appear to be much interest in placing any platform value on the NER book of business. I would suggest that this might be a way to further enhance the value of the purchase of the platform. There is approximately $25 thousand per month of margin in the remaining book of NER business. I am confident that, in the event of your purchase of the Print4 Platform, a minimum of $12.5k per month of margin would transition to Atlantic with an upside of an additional $5 thousand. This would bring the total monthly margin impact to Atlantic of a purchase of the Print4 platform and book of business to between $47,500 and $67,500. Again, we would need to substantiate the assumptions on retained business but I feel highly confident that both you and the contracts would want to retain and remain on the Platform.

We discussed timing on Tuesday. You indicated that you would want to make a decision on direction by September 15 and implement by the end of November. Should a decision be made to proceed with a purchase of the Platform and an assumption by Atlantic of NER retained business, we would likely want to enter into some type of transition agreement that would create a framework for employees, infrastructure costs, etc. while the Platform would be transitioned to Atlantic management.

As I mentioned there are two separate corporate entities when talking about the sale of the Print4 business and for internal reasons NER management needs to be sensitive to how a purchase price would be allocated.

For this purpose, when I refer to the Print4 Platform I am referring to the source, object, and executable code. This is owned by NER Data Corp. In addition to that there is the server and network infrastructure that runs NER's ERP NAV, Lights Out and its functions, and Development environment. These are owned by NER Data Products. The TCO and McKesson applications are currently at Miles and are going to be transitioned to these same NER servers. This environment runs everything other than the On Site and On Line applications which are at Hosting.com. The current plan is to migrate away from the Oracle/OnSite environment to FM Audit for alerts and meters. This will significantly simplify the Print 4 hosted environment. If an agreement is reached on the purchase by Atlantic of the Print4 Platform, I would propose that in parallel to the Platform purchase, Atlantic acquire the NER Data Products Server/Network environment.

I would suggest that keeping the actual transaction and deal as simple as possible would minimize legal and other third party costs associated with a deal. I would propose the following:

- Atlantic purchases the IT infrastructure at a cost of $75,000 from NER Data Products. That is both reflective of its value and the remaining monthly payments on the environment. This could be done with a simple Bill of Sale. Alternatively, Atlantic could

assume the balance of the leases. (Note- we are working to get exact balance remaining on two leases. Monthly cost is approximately $6k and there is about one year left).

- Atlantic purchases the NER Print4 Platform from NER Data Corporation at a cost of $125 thousand to be paid $75 thousand at closing and $50 thousand at six months.

- NER and Atlantic agree to a profit share formula on NER Retained Business that is paid quarterly on actual and realized net new margin to Atlantic from specifically identified accounts. I would propose a 70/30 split in year one NER/Atlantic and a 50/50 split in year two.

- NER and Atlantic enter into a Transition Agreement covering unidentified costs that would be incurred by NER in support of Atlantic during a transition.

My estimate is that this proposal would have Atlantic pay NER Data Corporation approximately $305 thousand over two years: $180 thousand based exclusively upon performance of the Retained Business (60%) and $125 thousand (40%) for the Platform. With this proposal Atlantic would net approximately $1.4 million of margin improvement over two years offset by payments to NER Data Corporation of $300 thousand for a net improvement of $1.1 million versus simply moving the NER business to FM Audit which could yield $600 thousand over that same period of time.

After you have had a chance to consider I would suggest we schedule a call to discuss my assumptions and a path to proceed forward.

Sincerely,

Stephen Oatway
President