| Period | Num | Date | Account | Ref | Description | Debit | Credit |
|---|---|---|---|---|---|---|---|
| Jul '14 | | | | | | | |
| | 9550345 | 2014-07-31 | 11200 | RA05825 | Transfer from Old NER to Newco | | 79,530.00 |
| | 9550344 | 2014-07-31 | 11200 | RA05825 | Transfer from Newco to Old NER | B020 | -37,750.00 |
| | 9510377 | 2014-07-21 | 11200 | 315787 | Stephen F Oatway | B020 | |
| | 9549022 | 2014-07-31 | 19201 | RA05807 | Rent to Old NER from Newco | 2673 | -1,446.78 |
| | 9510518 | 2014-07-21 | 11210 | PAY0001550 | Francis Oatway - July royalty | | -11,413.00 |
| | 9544247 | 2014-07-21 | 11200 | PAY0001570 | Stephen F Oatway | 5557 | -12,500.00 |
| | 9521860 | 2014-07-11 | 11200 | PAY0001554 | Stephen F Oatway | 2673 | -20,028.89 |
| | 9543963 | 2014-07-21 | 11200 | 315992 | Business Card - SO | 2673 | -20,519.14 |
| | 9627087 | 2014-07-31 | 18050 | RA05964 | FCO Interest July 2014 | 6705 | -1,268.14 |
| | | | | | | 86600 | -11,000.00 |
| Aug '14 | | | | | | | |
| | 9616034 | 2014-08-21 | 11210 | 082214WIRE | Note Receivable - FCO Wire | 18050 | 17,500.00 |
| | 9695917 | 2014-08-31 | 18050 | RA06005 | Adjust FCO Interest overaccrual | 86600 | 14,762.00 |
| | 9695921 | 2014-08-31 | 19201 | RA06006 | Interest due to Old NER for Newco loan-Aug14 | | -34,692.00 |
| | 9695913 | 2014-08-31 | 18050 | RA06004 | FCO Interest August 2014 | 86600 | -6,883.00 |
| | 9602910 | 2014-08-14 | 11210 | PAY0001574 | Francis Oatway | 5557 | -112,500.00 |
| | 9626950 | 2014-08-31 | 19201 | RA05951 | Rent to Old NER from Newco | | -11,413.00 |
| Sep '14 | | | | | | | |
| | 9631783 | 2014-09-04 | 11210 | 090414WIRE | Note Receivable - FCO wire | 18050 | 27,000.00 |
| | 9671098 | 2014-09-08 | 11210 | 090814WIRE | Note Receivable - FCO Wire | 18050 | 20,000.00 |
| | 9689876 | 2014-09-18 | 11210 | 091814WIRE | Note Receivable - FCO Wire | | 10,000.00 |
| | 9691297 | 2014-09-15 | 11210 | 091914WIRE | Note Receivable - FCO Wire | 18050 | 10,000.00 |
| | 9725241 | 2014-09-30 | 19201 | RA06153 | Interest due to Old NER for Newco loan-Sep14 | 18050 | -34,692.00 |
| | 9698147 | 2014-09-30 | 19201 | RA06009 | Rent to Old NER from Newco | | -11,413.00 |
| | 9707853 | 2014-09-30 | 11200 | RA06127 | Transfer from Old NER to Newco | B020 | 67,000.00 |
| | 9707852 | 2014-09-30 | 11200 | RA06127 | Transfer from Newco to Old NER | B020 | -41,200.00 |
| | 9705265 | 2014-09-30 | 11200 | 316471 | Business Card -SO | 6705 | -1,922.04 |
| Oct '14 | | | | | | | |
| | 9792844 | 2014-10-30 | 11210 | 103014WIRE | Note Payable - FCO wire | 22500 | 35,000.00 |
| | 9866190 | 2014-10-31 | 19201 | RA06311 | Interest due to Old NER for Newco loan-Oct14 | | -34,692.00 |

| Month | Num | Acct1 | Date | Ref | Description | Amt1 | Amt2 |
|---|---|---|---|---|---|---|---|
| | 9788107 | 18050 2014-10-310 | | RA06229 | FCO Interest October 2014 | 86600 | -7,436.00 |
| | 9800539 | 15100 2014-10-310 | | RA06257 | FCO payment for Bond | 22500 | -35,000.00 |
| | 9795623 | 11200 2014-10-310 | | RA06251 | Transfer from Newco to Old NER | B020 | -35,600.00 |
| | 9795624 | 11200 2014-10-310 | | RA06251 | Transfer from Old NER to Newco | B020 | 10,500.00 |
| | 9791500 | 11200 2014-10-301 | | 316749 | Business Card -SO | 6705 | -4,758.06 |
| | 9787715 | 19201 2014-10-310 | | RA06215 | Rent to Old NER from Newco | | -11,413.00 |
| Nov '14 | | | | | | | |
| | 9875062 | 11200 2014-11-300 | | RA06327 | Transfer from Old NER to Newco | B020 | 4,500.00 |
| | 9933099 | 19201 2014-11-300 | | RA06353 | Interest due to Old NER for Newco loan-Nov14 | | -34,692.00 |
| | 9857446 | 19201 2014-11-300 | | RA06265 | Rent to Old NER from Newco | | -11,413.00 |
| | 9913295 | 22500 2014-11-300 | | RA06340 | FCO Interest November 2014 | 86600 | -7,451.00 |
| | 9876062 | 11200 2014-11-211 | | PAY0001625 Francis Oatway | | 5557 | -4,000.00 |
| | 9876064 | 11200 2014-11-251 | | PAY0001626 Francis Oatway | | 5557 | -8,500.00 |
| Dec '14 | | | | | | | |
| | 9935160 | 19201 2014-12-310 | | RA06355 | Rent to Old NER from Newco | 5557 | -12,500.00 |
| | 9945323 | 11200 2014-12-221 | | PAY0001636 Francis Oatway | | | |
| | 10043934 | 19201 2014-12-310 | | RA06591 | Interest due to Old NER for Newco loan-Dec14 | | -34,692.00 |
| | 9948400 | 22500 2014-12-310 | | RA06439 | FCO Interest December 2014 | 86600 | -7,366.00 |
| | 9945280 | 19200 2014-12-220 | | RA06429 | Note Payable - Corp paid FCO Dec Note | 22500 | -12,500.00 |
| | 9875113 | 11200 2014-12-011 | | PAY0001622 Business Card -SO | 6705 | -771.33 |
| | | | | NET total 2014 | | | -349,046.38 |
| Jan '15 | | | | | | | |
| | 10012866 | 22500 2015-01-310 | | RA06555 | FCO Interest January 2015 | 86600 | -7,177.00 |
| | 10011214 | 19201 2015-01-310 | | RA06471 | Rent to Old NER from Newco | | -11,413.00 |
| | 10085807 | 19201 2015-01-310 | | RA06698 | Interest due to Old NER for Newco loan-Jan15 | | -34,692.00 |
| | 10012595 | 11200 2015-01-301 | | 317559 | Stephen F Oatway | 2673 | -1,388.30 |
| | 9993725 | 11200 2015-01-161 | | PAY0001645 Stephen F Oatway | 2673 | -3,999.87 |
| | 10000614 | 11200 2015-01-221 | | PAY0001647 Business Card -SO | 6705 | -5,000.00 |
| | 10012589 | 11200 2015-01-301 | | PAY0001659 Francis Oatway | 5557 | -5,000.00 |

| ID | Acct | Date | Ref | Description | Code | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10010419 | 11200 | 2015-01-281 | PAY0001658 | Stephen F Oatway | 2673 | -5,019.68 | |
| 10002168 | 11200 | 2015-01-281 | PAY0001649 | Francis Oatway | 5557 | -20,000.00 | |
| **Feb '15** | | | | | | | |
| 10060561 | 11200 | 2015-02-121 | PAY0001664 | Francis Oatway | 5557 | -6,500.00 | |
| 10070845 | 11200 | 2015-02-251 | PAY0001667 | Business Card - SO | 6705 | -6,434.02 | |
| 10070853 | 11200 | 2015-02-201 | PAY0001671 | Francis Oatway | 5557 | -6,000.00 | |
| 10199778 | 19201 | 2015-02-280 | RA06823 | Interest due to Old NER for Newco loan-Feb15 | | | -35,000.00 |
| 10074026 | 19201 | 2015-02-280 | RA06637 | Rent to Old NER from Newco | | | -11,413.00 |
| 10079458 | 22500 | 2015-02-280 | RA06679 | FCO Interest February 2015 | 86600 | -6,986.00 | |
| **Mar '15** | | | | | | | |
| 10135758 | 11200 | 2015-03-151 | 317965 | Stephen F Oatway | 2673 | -2,015.37 | |
| 10138893 | 11200 | 2015-03-171 | PAY0001687 | Stephen F Oatway | 2673 | -2,946.08 | |
| 10083026 | 11200 | 2015-03-021 | PAY0001679 | Stephen F Oatway | 2673 | -4,326.35 | |
| 10142809 | 11200 | 2015-03-151 | PAY0001689 | Francis Oatway | 5557 | -6,500.00 | |
| 10156114 | 22500 | 2015-03-310 | RA06788 | FCO Interest March 2015 | 86600 | -6,946.00 | |
| 10143621 | 11200 | 2015-03-201 | PAY0001694 | Business Card - SO | 6705 | -7,317.19 | |
| 10155892 | 62020 | 2015-03-310 | RA06777 | Rent to Old NER from Newco | | | -11,413.00 |
| 10199782 | 19201 | 2015-03-310 | RA06824 | Interest due to Old NER for Newco loan-Mar15 | | | -35,000.00 |
| **Apr '15** | | | | | | | |
| 10225330 | 11200 | 2015-04-300 | RA06909 | Transfer from Newco to Old NER | B020 | -15,000.00 | |
| 10225332 | 11210 | 2015-04-300 | RA06909 | Transfer from Old NER to Newco | B030 | -26,000.00 | |
| 10223798 | 22500 | 2015-04-300 | RA06905 | FCO Interest April 2015 | 86600 | -7,224.00 IMAGING | |
| 10216200 | 11200 | 2015-04-241 | 318321 | Stephen F Oatway | 2673 | -2,526.37 | |
| 10195330 | 11200 | 2015-04-051 | 318096 | Christopher Oatway | 5357 | -5,001.06 | |
| 10212494 | 11200 | 2015-04-221 | PAY0001711 | Business Card - SO | 6705 | -6,394.80 | |
| **May '15** | | | | | | | |
| 10300191 | 11210 | 2015-05-281 | 052815WIRE | Note Payable - FCO wire | 22500 | 16,000.00 | |
| 10297847 | 22500 | 2015-05-310 | RA06969 | FCO Interest May 2015 | 86600 | -7,392.00 | |
| 10297739 | 62020 | 2015-05-310 | RA06961 | Rent to Old NER from Newco | | | -11,413.00 |

| ID | Acct | Date | Ref | Description | Amount | Total |
|---|---|---|---|---|---|---|
| 10297853 | 19201 | 2015-05-310 | RA06970 | Interest due to Old NER for Newco loan-May15 | 2673 | -35,000.00 |
| 10281625 | 11200 | 2015-05-181 | PAY0001723 | Stephen F Oatway | 2673 | -2,747.05 |
| 10231508 | 11200 | 2015-05-071 | PAY0001718 | Francis Oatway | 5557 | -5,000.00 |
| 10295420 | 11200 | 2015-05-211 | PAY0001732 | Francis Oatway | 5557 | -15,000.00 |
| 10302666 | 11210 | 2015-05-310 | RA07006 | Transfer from Old NER to Newco | B030 | |
| **Jun '15** | | | | | | |
| 10349665 | 86600 | 2015-06-300 | RA07069 | Interest due to Old NER for Newco loan-June15 | 2673 | -16,000.00 |
| 10303183 | 11200 | 2015-06-011 | PAY0001735 | Stephen F Oatway | 2673 | -1,787.48 |
| 10340867 | 11200 | 2015-06-181 | PAY0001742 | Business Card - SO | 6705 | -4,322.59 |
| 10349657 | 22500 | 2015-06-300 | RA07069 | FCO Interest June 2015 | 86600 | -7,481.00 |
| 10349549 | 62020 | 2015-06-300 | RA07068 | Rent to Old NER from Newco | | -11,413.00 |
| **Jul '15** | | | | | | |
| 10396245 | 19201 | 2015-07-310 | RA07142 | Interest due to Old NER for Newco loan-Jul15 | 86600 | -35,000.00 |
| 10396237 | 22500 | 2015-07-310 | RA07141 | FCO Interest July 2015 | 86600 | -7,738.00 |
| 10383150 | 11200 | 2015-07-101 | 318680 | Stephen F Oatway | 2673 | -4,036.34 |
| 10394703 | 19201 | 2015-07-310 | RA07104 | Rent to Old NER from Newco | | -8,750.00 |
| **Aug '15** | | | | | | |
| 10407016 | 11210 | 2015-08-201 | PAY0001776 | Morisi & Oatway | 5012 | -10,000.00 |
| 10407029 | 11210 | 2015-08-201 | PAY0001777 | Francis Oatway | 5557 | -10,000.00 |
| 10407011 | 11200 | 2015-08-201 | PAY0001775 | Christopher Oatway | 5357 | -10,001.11 |
| 10409187 | 11200 | 2015-08-251 | 318885 | Stephen F Oatway | 2673 | -2,017.25 |
| 10405392 | 11200 | 2015-08-181 | PAY0001774 | Stephen F Oatway | 2673 | -2,548.58 |
| 10409324 | 11200 | 2015-08-261 | PAY0001781 | Business Card - SO | 6705 | -6,956.20 |
| 10409908 | 22500 | 2015-08-310 | RA07204 | FCO Interest August 2015 | 86600 | -7,782.00 |
| 10409914 | 19201 | 2015-08-310 | RA07205 | Interest due to Old NER for Newco loan-Aug15 | | -35,000.00 |
| **Sep '15** | | | | | | |
| 10425944 | 22500 | 2015-09-300 | RA07267 | FCO Interest September 2015 | 86600 | -7,411.00 |
| 10425950 | 19201 | 2015-09-300 | RA07268 | Interest due to Old NER for Newco loan-Sep15 | | -35,000.00 |
| 10429105 | 11200 | 2015-09-301 | PAY0001799 | Business Card - SO | 6705 | -1,617.28 |

| Doc ID | Account | Date | Reference | Description | Code | Amount |
|---|---|---|---|---|---|---|
| 10420370 | 11200 | 2015-09-161 | PAY0001790 | Stephen F Oatway | 2673 | -2,560.17 |
| 10422221 | 11210 | 2015-09-181 | PAY0001792 | Francis Oatway | 5557 | -50,000.00 |
| 10430349 | 11200 | 2015-09-3C0 | RA07275 | Transfer from Old NER to Newco | B020 | 3,800.00 |
| 10430348 | 11200 | 2015-09-3C0 | RA07275 | Transfer from Newco to Old NER | B020 | -312,245.86 |
| | | | | Net Total Sept 2015 | | -405,034.31 |
| | | | | Net Total 2015 | | -986,053.00 |