IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00179-DDD-STV

IT PORTFOLIO, INC., a Colorado Corporation

    Plaintiff,

v.

NER DATA CORPORATION, a Delaware Corporation *
NER DATA PRODUCTS, INC., a New Jersey Corporation *
and STEPHEN F. OATWAY, an Individual,

    Defendants.

## VERIFICATION OF THIRD AMENDED COMPLAINT

The Plaintiff, IT Portfolio, Inc. ("ITP"), hereby submits its Verification of the Derivative Claim in the Third Amended Complaint —Count IX for Breach of Fiduciary Duty.

Count IX is brought derivatively on behalf of Defendants NER DATA CORPORATION, a Delaware Corporation, and NER DATA PRODUCTS, INC., a New Jersey Corporation (collectively "NER") against their President and Director, Stephen F. Oatway ("Oatway").

The allegations in the Third Amended Complaint are based upon the undersigned's knowledge, information and belief.

## VERIFICATION

Jack Drose being duly sworn, deposes and says that I am a principal of the Plaintiff in the case captioned *IT Portfolio v. NER Data Corporation, et. al.*, Civil Action No.: 1:15-cv-00179-DDD-STV in the United States District Court for the District of Colorado and have authorized the filing of the Third Amended Complaint.

I have reviewed the allegations made in the Third Amended Complaint, and I affirm under penalty of perjury that the allegations are true and correct to the best of my knowledge, information and belief.

_____
Jack Drose, Principal

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 28, 2024, the foregoing was electronically served via ECF/PACER on:

Andrew C. Oatway
aco@morisi.com
MORISI & OATWAY, P.C.
730 Hancock Street
Quincy, MA 02170-2723
Tel 617.479.0400
Fax 617.479.6885

      _Robert C. Podoll_____
      Robert C. Podoll