IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00179-DDD-STV

IT PORTFOLIO, INC., a Colorado Corporation

    Plaintiff,

v.

NER DATA CORPORATION, a Delaware Corporation *
NER DATA PRODUCTS, INC., a New Jersey Corporation *
and STEPHEN F. OATWAY, an Individual,

    Defendants.

## STIPULATION

The Plaintiff, IT Portfolio, Inc. and the Defendants, NER Data Corporation, NER Data Products, Inc., and Stephen F. Oatway by and through undersigned counsel agree and stipulate as follows:

1. Judgment shall enter in favor of Plaintiff IT Portfolio and against Defendants NER Data Corporation and NER Data Products, Inc., jointly and severally on the claim of Breach of Contract in the amount of $1,000,000.00.

2. The remaining claims against Defendants NER Data Corporation and NER Data Products, Inc., and the Counterclaims of Defendants NER Data Corporation and Ner Data Products, Inc., shall be dismissed with prejudice.

3. As between the Plaintiff and the Defendants, NER Data Corporation, and NER Data Products, Inc., each party shall pay their own costs and attorney's fees.

4. The Court has previously dismissed the Ninth Claim against Defendant Stephen F. Oatway.

5. The remaining claims against Defendant Oatway shall be arbitrated before a single arbitrator in the Denver area.

6. The parties agree to striking the present trial date and all related pending proceedings in Court.

7. The parties agree to holding the Court proceedings in abeyance pending the results of the arbitration.

8. The results of the arbitration shall be certified to the Court by the parties, and the parties agree that the Court shall enter judgment on the arbitration award.

9. The arbitration award and the Court's judgment thereon shall not be subject to appeal, except as provided in the Federal Arbitration Act, 9 USC § 1 et. seq.

10. The parties shall file a status report when the date of the arbitration has been selected.

DATED this 11th day of February, 2025

Respectfully submitted,

PODOLL & PODOLL, P.C.                                   MORISI & OATWAY

By: *s/ Robert C. Podoll*                               By: *s/ Andrew C. Oatway*
      Robert C. Podoll                                          Andrew C. Oatway
5619 DTC Parkway, Suite 1100                            730 Hancock Street
Greenwood Village, Colorado 80111                       Quincy, MA 02170-2723
Phone: (303) 861-4000                                   Tel 617.479.0400
Email: jacqui@podoll.net; rob@podoll.net                aco@morisi.com

*Attorneys for Plaintiff*                               *Attorneys for Defendants*

2