IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00179-DDD-STV

IT PORTFOLIO, INC., a Colorado Corporation

      Plaintiff,

v.

NER DATA CORPORATION, a Delaware Corporation *
NER DATA PRODUCTS, INC., a New Jersey Corporation *
and STEPHEN F. OATWAY, an Individual,

      Defendants.

**JOINT MOTION TO APPROVE STIPULATION AND HOLD FURTHER PROCEEDINGS IN ABEYANCE PENDING THE RESULTS OF ARBITRATION**

      The Plaintiff, IT Portfolio, Inc. ("ITP"), by and through its attorneys, Podoll & Podoll, P.C., and Defendants NER Data Corporation, NER Data Products, Inc., and Stephen F. Oatway by and through their attorneys, Morisi and Oatway hereby submit their Joint Motion to Approve Stipulation and Hold Proceedings in Abeyance Pending the Results of Arbitration, as follows:

      1.      The parties have stipulated for the entry of judgment against Defendants NER Data Corporation, NER Data Products, Inc. on the Plaintiff's claim of Breach of Contract.

      2.      The parties have stipulated for the dismissal of the remaining claims by and against Defendants NER Data Corporation and NER Data Products, Inc. No further relief is sought against the NER Defendants.

      3.      The parties have stipulated that as between the Plaintiff and Defendants NER Data Corporation, NER Data Products, Inc., each party shall pay its own costs and attorney's fees.

      4.      The Court has previously dismissed Facsimile Communications Industries, Inc. and Atlantic Technology Integrators, LLC.

      5.      The Court has previously dismissed the Ninth Claim for Relief against Stephen F. Oatway "Oatway".

      6.      The parties have agreed to arbitrate the remaining claims against Oatway.

      7.      Pending in this action are pre-trial proceedings, including filings mandated by the Court's Trial Preparation Order [doc 229] entere4d March 6, 2024, as amended sua sponte by the

Court's Order [doc 237] entered February 7, 2025, a Final Pretrial Conference set for February 20, 2025 and a 10-day jury trial set to commence on March 10, 2025.

8. The parties have agreed to certify the results of the arbitration against Oatway to this Court for the entry of judgment as provided therein, and that the results of the arbitration and the judgment entered thereon would not be appealable, except as provided in the Federal Arbitration Act, 9 USC § 1, et.seq.

9. The parties request that proceedings in this action be stayed pending the results of the arbitration and that the jury trial and attendant proceedings be stricken from the Court's docket.

10. The parties anticipate completing the arbitration within 120 days, subject to the schedules of counsel and the arbitrator.

11. The parties will file a status report when an arbitration date is scheduled.

12. The Stipulation of the parties is filed as a separate docket entry contemporaneously with this Motion.

WHEREFORE, the parties pray that this Court will grant this joint motion, approve the Stipulation of the parties, strike the pending jury trial, Final Pretrial Conference, Trial Readiness Conference, and all attendant deadlines and filing requirements and hold this matter in abeyance pending the results of the arbitration of the remaining claims against Stephen F. Oatway.

Dated February 11, 2025

Respectfully submitted,

| | |
|---|---|
| PODOLL & PODOLL, P.C. | MORISI & OATWAY |
| By: *s/ Robert C. Podoll* | By: *s/ Andrew C. Oatway* |
| Robert C. Podoll | Andrew C. Oatway |
| 5619 DTC Parkway, Suite 1100 | 730 Hancock Street |
| Greenwood Village, Colorado 80111 | Quincy, MA 02170-2723 |
| Phone: (303) 861-4000 | Tel 617.479.0400 |
| Email: jacqui@podoll.net; rob@podoll.net | aco@morisi.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |