## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00179-DDD-STV

IT PORTFOLIO, INC., a Colorado Corporation

      Plaintiff,

v.

NER DATA CORPORATION, a Delaware Corporation *
NER DATA PRODUCTS, INC., a New Jersey Corporation *
and STEPHEN F. OATWAY, an Individual,

      Defendants.

**ORDER RE: JOINT MOTION TO APPROVE STIPULATION AND HOLD FURTHER PROCEEDINGS IN ABEYANCE PENDING THE RESULTS OF ARBITRATION**

THIS MATTER having come before the Court on the joint motion of the parties, Plaintiff, IT Portfolio, Inc. and Defendants NER Data Corporation, NER Data Products, Inc., and Stephen F. Oatway and the Court having reviewed the Joint Motion and being fully advised in the premises, finds there being good cause, hereby GRANTS the joint motion and ORDERS as follows:

The Court APPROVES the Stipulation of the parties.

Judgment shall enter in favor of Plaintiff IT Portfolio and against Defendants NER Data Corporation and NER Data Products, Inc., jointly and severally on the claim of Breach of Contract in the amount of $1,000,000.00.

This judgment resolves all remaining claims against Defendants NER Data Corporation and NER Data Products, Inc., and all other claims against Defendants NER Data Corporation, NER Data Products, Inc. and all counterclaims asserted by Defendants NER Data Corporation, NER Data Products, Inc. and all such claims and counterclaims are hereby dismissed and each party shall pay their own costs and attorney's fees.

The Court has previously dismissed the Ninth Claim against Defendant Stephen F. Oatway.

The remaining claims against Defendant Oatway shall be arbitrated as provided in the joint motion and the results of the arbitration shall be certified to this Court for entry of judgment thereon. The results of the arbitration shall be final, except as provided in the Federal Arbitration Act, 9 USC § 1, et. seq.

Remaining proceedings in this Court are hereby stayed pending the results of the arbitration.

The parties shall file a status report when the date of the arbitration has been selected.

DATED this ____ day of February, 2025.

BY THE COURT:

_____
Daniel D. Domenico
District Court Judge