IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00179-DDD-STV

IT PORTFOLIO, INC., a Colorado Corporation

    Plaintiff,

v.

NER DATA CORPORATION, a Delaware Corporation *
NER DATA PRODUCTS, INC., a New Jersey Corporation *
and STEPHEN F. OATWAY, an Individual,

    Defendants.

## STATUS REPORT

The Plaintiff, IT Portfolio, Inc. by and through its undersigned attorneys submits the following status report:

1. Pursuant to a Stipulation filed on February 11, 2025, the parties settled a portion of their claims and agreed to arbitrate the remaining claims against Defendant Stephen F. Oatway.

2. The Court entered an Order approving the Stipulation of the parties on February 11, 2025 and ordered the parties to file a Status Report on June 16, 2025.

3. On February 17, 2025, Plaintiff tendered a draft Arbitration Agreement to Defendant's counsel for review.

4. On February 27, 2025, Plaintiff sent an e-mail to Defendant's counsel asking about the terms of the Arbitration Agreement and including a list of potential arbitrators.

5. On March 5, 2025, Defendant through counsel promised to respond to the Arbitration Agreement draft next week.

6. On March 11, 2025, Plaintiff sent an e-mail to Defendant's counsel inquiring about the Arbitration agreement.

7. On March 28, 2025, hearing nothing more, Plaintiff again inquired of Defendant's counsel, this time expressing urgency at the lack of progress.

8. On April 21, 2025, Plaintiff again followed up with Defendant's counsel, again expressing urgency at the lack of response.

9. On April 30, 2025, Defendant returned comments on the proposed Arbitration Agreement.

10. On May 1, 2025, Plaintiff accepted most of Defendant's changes but requested the right to provide a rebuttal report to any new expert report received from Defendant.

11. On May 12, 2025, hearing nothing, Plaintiff sent a revised Arbitration Agreement reflecting Defendant's changes and including the right to submit a rebuttal report.

12. Hearing nothing, Plaintiff again followed up with Defendant's counsel on June 3, 2025 requesting approval of the Arbitration Agreement and dates for the arbitration.

13. On Friday June 13, 2025, Plaintiff again contacted Defendant's counsel about the arbitration, the consistent delays, and the Status Report due on Monday.

14. On Saturday June 14, 2025, Plaintiff received an e-mail from Defendant's counsel promising cooperation on Wednesday June 18, 2025.

15. Four months have gone by with only minimal cooperation and participation from Defendant. As a result there has been no arbitration scheduled or completed and the Arbitration Agreement remains unsigned.

16. Plaintiff has advised Defendant's counsel that if the agreement is not immediately concluded, an arbitrator selected and an arbitration scheduled, the Plaintiff would return to this Court with a motion to compel the arbitration the parties agreed upon.

17. No action is requested of the Court at this time pending the again-promised cooperation of the Defendant.

18. The Plaintiff will either update this report by next Monday with the Defendant's cooperation, or Plaintiff will file a motion to compel the arbitration.

DATED this 16th day of June, 2025

Respectfully submitted,
PODOLL & PODOLL, P.C.

By: *s/ Robert C. Podoll*
         Robert C. Podoll
5619 DTC Parkway, Suite 1100
Greenwood Village, Colorado 80111
Phone: (303) 861-4000
***Attorneys for Plaintiff***

2

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on June 16, 2025, the foregoing was electronically served via ECF/PACER on:

Andrew C. Oatway
MORISI & OATWAY, P.C.
730 Hancock Street
Quincy, MA 02170-2723
Tel 617.479.0400
Fax 617.479.6885

  *Robert C. Podoll*

3